Reply | Delete | Archive | Junk | Categorize | Snooze | Move to

## Re: new role for you?

You forwarded this message on Fri 2/25/2022 3:01 AM

Richard Posner <rposner62@gmail.com>
To: You

Yes, working from home is fine; I do almost all my working from home.

I am so pleased that you've accepted my offer. It lifts a great burden from my back. I will message the rest of the company this afternoon.

Dick

On Sat, Feb 24, 2018 at 10:50 PM, Brian Vukadinovich <bvukadinovich@hotmail.com> wrote:
> Hi Dick,
> It would be an honor working for you in how you said. Would I be able to do most of my work from home so I wouldn't have to deal with the travel time between Indiana and the city? I would of course stop in at the office periodically and certainly whenever you would need me to come in. Would that work out satisfactorily? I woul[d] be proud and honored to work for you in this role.
> Brian

**From:** Richard Posner <rposner62@gmail.com>
**Sent:** Sunday, February 25, 2018 4:34 AM
**To:** Brian Vukadinovich
**Subject:** new role for you?

Brian, I'd like to suggest a new role for your in the company; whether to accept it or not is entirely your choice.

More than 80 persons now work for the company. I have very little contact with most of them; the principal exception is you. You are the star. I now have, as you know, regional directors, of whom you are one, but you are the only one with whom I have frequent contact. I need there to be more contact from the top (from me and I hope you) with the others, specifically to learn what if anything they are doing for pro se's in their state or regio[n]. I do not have the time to maintain frequent contact with all of them. And this is where you come in. I'd like to divide up the territory in which the company has members between the two of us. Each of us would keep tabs o[n] roughly half the lawyers, nonlawyer legal advisors (the set that includes you), law firms that we might like to wo[rk] with, pro bono organizations that we would like to work with, courts, prisons and prisoners, and (other) pro se's

You would receive a substantial salary in the role I envisage for you, though I can't specify salary yet because th[e] company has as yet no money. Within weeks or perhaps days, however, the company will be reorganized as a 501(c)(3), i.e., as a nonprofit that can receive donations without any tax liability; also the donors pay no taxes o[n] their donations, which apparently is a big spur to generous giving. I ought to be able to raise more than $1 milli[on] through donations. I will not take any of it for myself, because my wife and I have ample savings and low expenses. I should be able to pay you at least $80,000 a year and I hope more.

Let me know whether you're interested, Brian, and feel free to ask me any questions about my proposal.

Dick

EXHIBIT "1"