**BRIAN VUKADINOVICH**
**1129 E. 1300 N.**
**WHEATFIELD, INDIANA 46392**
**Tel. (219) 956-2462**

---

May 24, 2022

Office of the Clerk
United States District Court
5400 Federal Plaza, Suite 2300
Hammond, Indiana 46320

       Re: Brian Vukadinovich v. Richard A. Posner
           Cause No. 2:22-CV-0118

Dear Clerk:

Please find enclosed my *Motion for Court to Cease and Desist Conduct of Discriminating Against Plaintiff in Discovery Process Due to Plaintiff's Pro Se Status* and *Plaintiff's Memorandum of Law in Support of Motion for Court to Cease and Desist Conduct of Discriminating Against Plaintiff in Discovery Process Due to Plaintiff's Pro Se Status*. Kindly file and enter these pleadings into the docket. Thank you for your attention to this matter.

Sincerely,

*/s/ Brian Vukadinovich*

Brian Vukadinovich
Pro Se

Enclosures