**BRIAN VUKADINOVICH**
**1129 E. 1300 N.**
**WHEATFIELD, INDIANA 46392**
**Tel. (219) 956-2462**

June 10, 2022

Office of the Clerk
United States District Court
5400 Federal Plaza, Suite 2300
Hammond, Indiana 46320

   Re: Brian Vukadinovich v. Richard A. Posner
    Cause No. 2:22-CV-0118

Dear Clerk:

Please find enclosed my *Reply to Judge Posner's Response to Plaintiff's Motion to Cease and Desist*. Kindly file and enter this pleading into the docket. Thank you for your attention to this matter.

Sincerely,

Brian Vukadinovich
Pro Se

Enclosure