**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| BRIAN VUKADINOVICH, | Cause No. 22 Civ. 118 |
| Plaintiff, | |
| v. | Judge Theresa L. Springmann |
| RICHARD A. POSNER, | Magistrate Judge Joshua P. Kolar |
| Defendant. | |

**DECLARATION OF JUSTIN M. ELLIS IN SUPPORT OF**
**JUDGE POSNER'S MOTION TO DISMISS THE COMPLAINT**

JUSTIN M. ELLIS declares as follows pursuant to 28 U.S.C. § 1746:

1.      I am a member in good standing of the bar of the State of New York.  I am a partner at MoloLamken LLP, and I represent Hon. Richard A. Posner in this case.  I submit this Declaration in support of Judge Posner's Motion to Dismiss the Complaint.

2.      Attached as Exhibit A to this Declaration is a true and accurate copy of the Form 990-EZ 2018 Short Form Return of The Posner Center of Justice for Pro Ses.

3.      Attached as Exhibit B to this Declaration is a true and accurate copy of a certificate of good standing from the Illinois Secretary of State for The Posner Center of Justice for Pro Se's.

4.      Attached as Exhibit C to this Declaration is a true and accurate copy of the Form 990-EZ 2019 Short Form Return of The Posner Center of Justice for Pro Ses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 11, 2022                     /s/ Justin M. Ellis
New York, New York                          Justin M. Ellis

# Exhibit A

Click on the question mark icons to display help windows.
The information provided will enable you to file a more complete return and reduce the chances the IRS has to contact you

Form **990-EZ**

## Short Form
## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990EZ* for instructions and the latest information.

OMB No 1545-1150

**2018**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2018 calendar year, or tax year beginning , 2018, and ending , 20

| | |
|---|---|
| **B** Check if applicable | **C** Name of organization |
| ☐ Address change | The Posner Center of Justice for Pro Ses |
| ☐ Name change | Number and street (or P O. box, if mail is not delivered to street address) Room/suite |
| ☑ Initial return | 1222 E 56th St |
| ☐ Final return/terminated | City or town, state or province, country, and ZIP or foreign postal code |
| ☐ Amended return | Chicago, IL 60637 |
| ☐ Application pending | |

**D** Employer identification number
824814819

**E** Telephone number
773-702-9494

**F** Group Exemption Number ▶

**G** Accounting Method: ☑ Cash ☐ Accrual Other (specify) ▶

**I** Website: ▶ www.justice-for-pro-ses.com

**J** Tax-exempt status (check only one) — ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other

**H** Check ▶ ☐ if the organization is **not** required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts If gross receipts are $200,000 or more, or if total assets (Part II, column (B)) are $500,000 or more, file Form 990 instead of Form 990-EZ ▶ $

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)

Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . . ☐

| | | | | |
|---|---|---|---|---|
| | 1 | Contributions, gifts, grants, and similar amounts received . . . . . | 1 | 20,600.00 |
| | 2 | Program service revenue including government fees and contracts . . . | 2 | 0 |
| | 3 | Membership dues and assessments . . . . . . . . . . | 3 | 0 |
| | 4 | Investment income . . . . . . . . . . . . . . | 4 | 0 |
| | 5a | Gross amount from sale of assets other than inventory . . . 5a | 0 | |
| | b | Less: cost or other basis and sales expenses . . . . . 5b | 0 | |
| | c | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) . . . | 5c | 0 |
| | 6 | Gaming and fundraising events: | | |
| | a | Gross income from gaming (attach Schedule G if greater than $15,000) . . . . . . . . . 6a | 0 | |
| | b | Gross income from fundraising events (not including $ 0 of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) . . 6b | 0 | |
| | c | Less: direct expenses from gaming and fundraising events . . 6c | 0 | |
| | d | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) . . . . . . . . . . . . . . . . | 6d | 0 |
| | 7a | Gross sales of inventory, less returns and allowances . . . 7a | 0 | |
| | b | Less: cost of goods sold . . . . . . . . . . 7b | 0 | |
| | c | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) . . . | 7c | 0 |
| | 8 | Other revenue (describe in Schedule O) . . . . . . . . | 8 | 0 |
| | 9 | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 . . . . ▶ | 9 | 20,600.00 |
| | 10 | Grants and similar amounts paid (list in Schedule O) . . . . . | 10 | 0 |
| | 11 | Benefits paid to or for members . . . . . . . . . . | 11 | 0 |
| | 12 | Salaries, other compensation, and employee benefits . . . . | 12 | 0 |
| | 13 | Professional fees and other payments to independent contractors . . | 13 | 0 |
| | 14 | Occupancy, rent, utilities, and maintenance . . . . . . . | 14 | 7,580.00 |
| | 15 | Printing, publications, postage, and shipping . . . . . . . | 15 | 0 |
| | 16 | Other expenses (describe in Schedule O) . . . . . . . | 16 | 37.05 |
| | 17 | **Total expenses.** Add lines 10 through 16 . . . . . . . ▶ | 17 | 7,617.05 |
| | 18 | Excess or (deficit) for the year (Subtract line 17 from line 9) . . . | 18 | 12,982.95 |
| | 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) . . . . . . . . . . . | 19 | 0 |
| | 20 | Other changes in net assets or fund balances (explain in Schedule O) . | 20 | 0 |
| | 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 . . . . . ▶ | 21 | 12,982.95 |

*Revenue* *Expenses* *Net Assets* (margin labels)

RECEIVED
JUN 19 2019
OGDEN, UT
C305 IRS-OSC

RECEIVED
MAY 06 2019
OGDEN, UT
E-130 IRS-OSC

SCANNED SEP 05 2019 (margin stamp)

03/15 (margin)

For Paperwork Reduction Act Notice, see the separate instructions.

Cat No 10642I

Form **990-EZ** (2018)

Form 990-EZ (2018)                                                                                                                                       Page **2**

## Part II    Balance Sheets (see the instructions for Part II)

Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . . . ☐

| | | (A) Beginning of year | | (B) End of year |
|---|---|---:|---|---:|
| 22 | Cash, savings, and investments . . . . . . . . . . | 0 | **22** | 12,982.95 |
| 23 | Land and buildings . . . . . . . . . . . . | 0 | **23** | 0 |
| 24 | Other assets (describe in Schedule O) . . . . . . . | 0 | **24** | 0 |
| 25 | **Total assets** . . . . . . . . . . . . | | **25** | 12,982.95 |
| 26 | **Total liabilities** (describe in Schedule O) . . . . . . | 0 | **26** | 0 |
| 27 | **Net assets or fund balances** (line 27 of column (B) **must** agree with line 21) . . | | **27** | 12,982.95 |

## Part III    Statement of Program Service Accomplishments (see the instructions for Part III)

Check if the organization used Schedule O to respond to any question in this Part III . . . ☐

What is the organization's primary exempt purpose?    **Education of pro se litigants, public pro se reform advocacy**

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

**Expenses**

(Required for section 501(c)(3) and 501(c)(4) organizations, optional for others.)

**28** Rent of the Posner Center office space

The office space works as the hub for Mr. Posner to hold weekly conference calls, intake pro se requests, plan and design educational materials, and draft amicus briefs on behalf of pro-se litigants.

(Grants $              ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **28a** | 7,580.00

**29** ----------------------------------------------------------------

----------------------------------------------------------------

(Grants $              ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **29a** |

**30** ----------------------------------------------------------------

----------------------------------------------------------------

(Grants $              ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **30a** |

**31** Other program services (describe in Schedule O) . . . . . . . . . . . .

(Grants $              ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **31a** |

**32** **Total program service expenses** (add lines 28a through 31a) . . . . . . . ▶ | **32** | 7,580.00

## Part IV    List of Officers, Directors, Trustees, and Key Employees (list each one even if not compensated—see the instructions for Part IV)

Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . . ☐

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (if not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|:---:|:---:|:---:|---:|
| Richard A. Posner<br>President | 30 | 0 | 0 | 0 |
| Brian Crush<br>Director & Secretary | 10 | 0 | 0 | 0 |
| Jona Goldschmidt<br>Director | 6 | 0 | 0 | 0 |
| David Zarfes<br>Director | 2 | 0 | 0 | 0 |
| Joshua Avratin<br>Director | 2 | 0 | 0 | 0 |
| Dennis Rendleman<br>Director | 2 | 0 | 0 | 0 |
| Matthew Dowd<br>Director | 2 | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **990-EZ** (2018)

Form 990-EZ (2018)                                                                    Page **3**

**Part V**   **Other Information** (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V.) Check if the organization used Schedule O to respond to any question in this Part V . . ☐

|  |  | Yes | No |
|---|---|---|---|
| **33** | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O . . . . . . . . . . . . . . . . . . **33** | | ✓ |
| **34** | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O. See instructions . . . . . . . . . . . . . . . . . . . . **34** | | ✓ |
| **35a** | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? . . . . . . . . . **35a** | | ✓ |
| **b** | If "Yes" to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O **35b** | | |
| **c** | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III . . . . . **35c** | | ✓ |
| **36** | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . . . . . **36** | | ✓ |
| **37a** | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ \| **37a** \|        0 | | |
| **b** | Did the organization file **Form 1120-POL** for this year? . . . . . . . . . . . . . . . **37b** | | ✓ |
| **38a** | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee **or** were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? . **38a** | | ✓ |
| **b** | If "Yes," complete Schedule L, Part II and enter the total amount involved . . . . \| **38b** \| | | |
| **39** | Section 501(c)(7) organizations. Enter: | | |
| **a** | Initiation fees and capital contributions included on line 9 . . . . . . . \| **39a** \| | | |
| **b** | Gross receipts, included on line 9, for public use of club facilities . . . . . . \| **39b** \| | | |
| **40a** | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶            0 ; section 4912 ▶            0 ; section 4955 ▶            0 | | |
| **b** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I **40b** | | ✓ |
| **c** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . . . . . . . \|            0 | | |
| **d** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . . . . ▶ \|            0 | | |
| **e** | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . . . . . . **40e** | | ✓ |
| **41** | List the states with which a copy of this return is filed ▶ Illinois | | |

**42a** The organization's books are in care of ▶ Richard A. Posner        Telephone no. ▶  773-702-9494
Located at ▶ 1222 E 56th St                                   ZIP + 4 ▶   606371617

|  |  | Yes | No |
|---|---|---|---|
| **b** | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? **42b** | | ✓ |
|  | If "Yes," enter the name of the foreign country ▶ | | |
|  | See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | |
| **c** | At any time during the calendar year, did the organization maintain an office outside the United States? . **42c** | | ✓ |
|  | If "Yes," enter the name of the foreign country ▶ | | |

**43** Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . . . ▶ ☐
and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . ▶ \| **43** \|

|  |  | Yes | No |
|---|---|---|---|
| **44a** | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . . . . . **44a** | | ✓ |
| **b** | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . . . . . **44b** | | ✓ |
| **c** | Did the organization receive any payments for indoor tanning services during the year? . . . . . . . **44c** | | ✓ |
| **d** | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . . . . . . . . . . . . . . . . . . . . **44d** | | |
| **45a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . **45a** | | ✓ |
| **b** | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ. See instructions . . . . . . . . . . . . . . . . . . . . . **45b** | | ✓ |

Form **990-EZ** (2018)

Form 990-EZ (2018)                                                                                    Page **4**

|  |  | Yes | No |
|---|---|---|---|
| **46** | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . . . . | **46** | | ✓ | hr |

## Part VI   Section 501(c)(3) Organizations Only

All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.

Check if the organization used Schedule O to respond to any question in this Part VI . . . . . . . . . ☐

|  |  | Yes | No |
|---|---|---|---|
| **47** | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II . . . . . . . . . . . . . . . . . | **47** | | ✓ | hr |
| **48** | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E . . . . | **48** | | ✓ | hr |
| **49a** | Did the organization make any transfers to an exempt non-charitable related organization? . . . . . . | **49a** | | ✓ | |
| **b** | If "Yes," was the related organization a section 527 organization? . . . . . . . . . | **49b** | | | |

**50** Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**f** Total number of other employees paid over $100,000 . . . . ▶ _____

**51** Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**d** Total number of other independent contractors each receiving over $100,000 . . ▶ _____

**52** Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ Yes ☐ No

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | ▶ _Signature of officer_ | 29 April 2019 |
| | | Date |
| hr | ▶ **Brian Crush,   Secretary** | |
| | Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name  ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no | |

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . . . . ▶ ☐ Yes ☐ No

Form **990-EZ** (2018)

| SCHEDULE A (Form 990 or 990-EZ) | **Public Charity Status and Public Support** | OMB No 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **20**18 |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ.<br>▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| The Posner Center Of Justice For Pro Ses Nonprofit Corporation | 82-4814849 |

**Part I**    **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is. (For lines 1 through 12, check only one box.)

1   ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).** *07*

2   ☐ A school described in **section 170(b)(1)(A)(ii). (Attach Schedule E (Form 990 or 990-EZ) )**

3   ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4   ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5   ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv). (Complete Part II.)**

6   ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7   ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi). (Complete Part II )**

8   ☐ A community trust described in **section 170(b)(1)(A)(vi). (Complete Part II )**

9   ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions) Enter the name, city, and state of the college or university.

10   ☐ An organization that normally receives: (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See **section 509(a)(2).** (Complete Part III.)

11   ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12   ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a   ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b   ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s)  **You must complete Part IV, Sections A and C.**

c   ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions)  **You must complete Part IV, Sections A, D, and E.**

d   ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated  The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions)  **You must complete Part IV, Sections A and D, and Part V.**

e   ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f   Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . .   [    ]

g   Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| **(A)** | | | | | | |
| **(B)** | | | | | | |
| **(C)** | | | | | | |
| **(D)** | | | | | | |
| **(E)** | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No 11285F     Schedule A (Form 990 or 990-EZ) 2018

Schedule A (Form 990 or 990-EZ) 2018 **Page 2**

**Part II** **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | 20,600.00 | 20,600.00 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge . . | | | | | | |
| **4** **Total.** Add lines 1 through 3 . . . . | | | | | 20,600.00 | 20,600.00 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | 20,600.00 |
| **6** **Public support.** Subtract line 5 from line 4 | | | | | | 0.00 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 . . . . . . | | | | | 20,600.00 | 20,600.00 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources . . . . . | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on . . . . . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . . . . . . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 20,600.00 |
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . **12** | | | | | | |
| **13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . ▶ ☑ | | | | | | |

### Section C. Computation of Public Support Percentage

**14** Public support percentage for 2018 (line 6, column (f) divided by line 11, column (f)) .          **14**              %

**15** Public support percentage from 2017 Schedule A, Part II, line 14 . . .          **15**              %

**16a** **33¹⁄₃% support test—2018.** If the organization did not check the box on line 13, and line 14 is 33¹⁄₃% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . ▶ ☐

**b** **33¹⁄₃% support test—2017.** If the organization did not check a box on line 13 or 16a, and line 15 is 33¹⁄₃% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2017.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Schedule A (Form 990 or 990-EZ) 2018

| SCHEDULE O<br>(Form 990 or 990-EZ) | Supplemental Information to Form 990 or 990-EZ<br>Complete to provide information for responses to specific questions on<br>Form 990 or 990-EZ or to provide any additional information.<br>▶ Attach to Form 990 or 990-EZ.<br>▶ Go to *www.irs.gov/Form990* for the latest information. | OMB No 1545-0047<br>2018<br>Open to Public<br>Inspection |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | |

| Name of the organization<br>The Posner Center of Justice for Pro Ses | Employer identification number<br>82-4814819 |
|---|---|

**Description of Other Expenses**

Bank Analysis Fees, for the Posner Center Bank to process statements:      $22.05

State Attorney General Filing Fees, for charity application to the Illinois Attorney General:    $ 15.00

Total Other Expenses (line 16, 990-EZ):                $ 37.05

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat. No. 51056K      Schedule O (Form 990 or 990-EZ) (2018)

# Exhibit B

cyberdriveillinois.com is now ilsos.gov



Office of the Secretary of State Jesse White

ilsos.gov

## Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 71536963 |
| Entity Name | THE POSNER CENTER OF JUSTICE FOR PRO SE'S NONPROFIT CORPORATION |
| Status DISSOLVED | |
| | Voluntary Dissolution on Tuesday, 23 July 2019 |
| | |

### Entity Information

Entity Type
CORPORATION

Type of Corp
NOT-FOR-PROFIT

Incorporation Date (Domestic)
Tuesday, 6 February 2018

State
ILLINOIS

Duration Date
PERPETUAL

### Agent Information

Name
C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Tuesday, 6 February 2018

**Annual Report**

Filing Date
Monday, 29 April 2019

For Year
2019

**Officers**

President
Name & Address
RICHARD A. POSNER 1222 E. 56TH ST. CHICAGO, IL 60637

**Old Corp Name**

04/13/2018
JUSTICE FOR PRO SE'S NON PROFIT CORPORATION

Return to Search

Reinstate your Dissolved Corporation

# Exhibit C

29492299020017 9

**Short Form**

Form **990-EZ**

**Return of Organization Exempt From Income Tax** 3

OMB No. 1545-1150

08756

**2018** 9

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► **Do not enter social security numbers on this form as it may be made public.** ✓

Department of the Treasury
Internal Revenue Service

► **Go to** *www.irs.gov/Form990EZ* **for instructions and the latest information.** 1912

**Open to Public Inspection**

**A** For the 2018 calendar year, or tax year beginning 01/01/2019 , 2018, and ending 12/31/2019 , 20

| **B** Check if applicable: | **C** Name of organization ✓ | | **D** Employer identification number ✓ |
|---|---|---|---|
| ☐ Address change | The Posner Center of Justice for Pro Se's | | 82-4814819 |
| ☐ Name change | Number and street (or P.O. box, if mail is not delivered to street address) ✓ | Room/suite | **E** Telephone number |
| ☐ Initial return | 1222 E 56th Street | | (773) 702-9494 |
| ☑ Final return/terminated | City or town, state or province, country, and ZIP or foreign postal code | | **F** Group Exemption |
| ☐ Amended return | Chicago, IL 60637 | ✓03 | Number ► |
| ☐ Application pending | | | |

**G** Accounting Method: ☑ Cash ☐ Accrual Other (specify) ►
**H** Check ► ☑ if the organization is **not** required to attach Schedule B (Form 990, 990-EZ, or 990-PF). ✓

**I** Website: ► www.justice-for-pro-ses.com

**J** Tax-exempt status (check only one) — ☑ 501(c)(3) ☐ 501(c) ( ) ◄ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts. If gross receipts are $200,000 or more, or if total assets (Part II, column (B)) are $500,000 or more, file Form 990 instead of Form 990-EZ . . . . . ► $

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I) ✓

Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . ☑

| | | | |
|---|---|---|---|
| | **1** Contributions, gifts, grants, and similar amounts received . . . . . . . | **1** | 0 |
| | **2** Program service revenue including government fees and contracts . . . | **2** | 0 |
| | **3** Membership dues and assessments . . . . . . . . . . . . | **3** | 0 |
| | **4** Investment income . . . . . . . . . . . . . . . . | **4** | 0 |
| | **5a** Gross amount from sale of assets other than inventory . . | **5a** | 0 | |
| | **b** Less: cost or other basis and sales expenses . . . . | **5b** | 0 | |
| | **c** Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) . . . | **5c** | |
| | **6** Gaming and fundraising events: | | |
| | **a** Gross income from gaming (attach Schedule G if greater than $15,000) . . . . . . . . . . . | **6a** | 0 | |
| | **b** Gross income from fundraising events (not including $ 0 of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) . . . | **6b** | 0 | |
| | **c** Less: direct expenses from gaming and fundraising events . . | **6c** | 0 | |
| | **d** Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) . . . . . . . . . . . . . . . . . . . . . . | **6d** | |
| | **7a** Gross sales of inventory, less returns and allowances . . | **7a** | 0 | |
| | **b** Less: cost of goods sold . . . . . . . . . | **7b** | 0 | |
| | **c** Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) . . . | **7c** | 0 |
| | **8** Other revenue (describe in Schedule O) . . . . . . . . . . . . | **8** | 0 |
| | **9** **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 . . . . . . ► | **9** | 0 |
| | **10** Grants and similar amounts paid (list in Schedule O) . . . . . . . . | **10** | 862 |
| | **11** Benefits paid to or for members . . . . . . . . . . . . . | **11** | |
| | **12** Salaries, other compensation, and employee benefits ✓ . . . . . . | **12** | |
| | **13** Professional fees and other payments to independent contractors ✓ . . . | **13** | |
| | **14** Occupancy, rent, utilities, and maintenance . . . . . . . . . | **14** | 4,100 |
| | **15** Printing, publications, postage, and shipping . . . . . . . . . | **15** | |
| | **16** Other expenses (describe in Schedule O) ✓ . . . . . . . . . | **16** | 8,020 |
| | **17** **Total expenses.** Add lines 10 through 16 . . . . . . . . . . ► | **17** | |
| | **18** Excess or (deficit) for the year (Subtract line 17 from line 9) . . . . | **18** | -12,983 |
| | **19** Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) . . . . . . . . | **19** | 12,983 |
| | **20** Other changes in net assets or fund balances (explain in Schedule O) . . . | **20** | 0 |
| | **21** Net assets or fund balances at end of year. Combine lines 18 through 20 . . | **21** | 0 |

For Paperwork Reduction Act Notice, see the separate instructions. Cat. No. 10642I Form **990-EZ** (2018)

RECEIVED IN CORRES
IRS - OSC - 14

OCT 15 2019

OGDEN, UTAH

RECEIVED
SEP 11 2019
OGDEN, UT

3/15

3-12

19

Form 990-EZ (2018)                                                                                                                Page **2**

| Part II | Balance Sheets (see the instructions for Part II) | | |
|---|---|---|---|

Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . . . ☐

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 22 | Cash, savings, and investments . . . . . . . . . . . . . . . | 12,983 | **22** | 0 |
| 23 | Land and buildings . . . . . . . . . . . . . . . . . . . | 0 | **23** | 0 |
| 24 | Other assets (describe in Schedule O) . . . . . . . . . . . | 0 | **24** | 0 |
| 25 | **Total assets** . . . . . . . . . . . . . . . . . . . . | 12,983 | **25** | ✗0 |
| 26 | **Total liabilities** (describe in Schedule O) . . . . . . . . . . | 0 | **26** | 0 |
| 27 | **Net assets or fund balances** (line 27 of column (B) must agree with line 21) . . | 12,983 | **27** | 0 |

| Part III | Statement of Program Service Accomplishments (see the instructions for Part III) | |
|---|---|---|

Check if the organization used Schedule O to respond to any question in this Part III . . ☐

What is the organization's primary exempt purpose?   **Education of pro se litigants, public pro se reform advoca**

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

**Expenses**
(Required for section 501(c)(3) and 501(c)(4) organizations; optional for others.)

**28** Rent of the Posner Center office space
The office space works as the hub for Mr. Posner to hold weekly conference calls, intake pro se requests, plan and design educational materials, and draft amicus briefs on behalf of pro-se litigants.

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐   | **28a** | 3,790

**29** _____

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐   | **29a** |

**30** _____

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐   | **30a** |

**31** Other program services (describe in Schedule O) . . . . . . . . . . . . . . . . .
(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐   | **31a** |

**32 Total program service expenses** (add lines 28a through 31a) . . . . . . . . . . . . ▶ | **32** | 3,790

| Part IV | List of Officers, Directors, Trustees, and Key Employees (list each one even if not compensated—see the instructions for Part IV) | | | | |
|---|---|---|---|---|---|

Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . . . ☐

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (if not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| Richard A. Posner President | 0 | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form 990-EZ (2018)                                                                                                    Page **3**

| Part V | **Other Information** (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V.) Check if the organization used Schedule O to respond to any question in this Part V . . . . ☑ |

|  |  | Yes | No |
|---|---|---|---|
| **33** | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O . . . . . . . . . . . . . **33** | | ✔ |
| **34** | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O. See instructions . . . . . . . . . . . . . . **34** | | ✔ |
| **35a** | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? . . . . . . **35a** | | ✔ |
| **b** | If "Yes" to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O **35b** | | ✔ |
| **c** | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III . . . **35c** | | ✔ |
| **36** | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . **36** | ✔ | |
| **37a** | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ **37a** 0 | | |
| **b** | Did the organization file **Form 1120-POL** for this year? . . . . . . . . . . . **37b** | | ✔ |
| **38a** | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee **or** were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? **38a** | | ✔ |
| **b** | If "Yes," complete Schedule L, Part II and enter the total amount involved . . . . **38b** 0 | | |
| **39** | Section 501(c)(7) organizations. Enter: | | |
| **a** | Initiation fees and capital contributions included on line 9 . . . . . . **39a** 0 | | |
| **b** | Gross receipts, included on line 9, for public use of club facilities . . . . . . . **39b** 0 | | |
| **40a** | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ 0 ; section 4912 ▶ 0 ; section 4955 ▶ 0 | | |
| **b** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I **40b** | | ✔ |
| **c** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . . . ▶ 0 | | |
| **d** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . . ▶ 0 | | |
| **e** | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . **40e** | | ✔ |
| **41** | List the states with which a copy of this return is filed ▶ Illinois | | |
| **42a** | The organization's books are in care of ▶ Richard A. Posner          Telephone no. ▶ 773-702-9494 Located at ▶ 1222 E. 56th Street          ZIP + 4 ▶ 60637-1617 | | |
| **b** | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? **42b** | | ✔ |
|  | If "Yes," enter the name of the foreign country ▶ See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | |
| **c** | At any time during the calendar year, did the organization maintain an office outside the United States? . **42c** | | ✔ |
|  | If "Yes," enter the name of the foreign country ▶ | | |
| **43** | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . . ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . ▶ **43** | | |

|  |  | Yes | No |
|---|---|---|---|
| **44a** | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . **44a** | | ✔ |
| **b** | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . **44b** | | ✔ |
| **c** | Did the organization receive any payments for indoor tanning services during the year? . . . . . **44c** | | ✔ |
| **d** | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . . . . . . . . . . . . . . . **44d** | | |
| **45a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . **45a** | | ✔ |
| **b** | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ. See instructions . . . . . . . . . . . . . . . **45b** | | ✔ |

|  |  | Yes | No |
|---|---|---|---|
| **46** | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . . . . **46** |  | ✓ |

## Part VI   Section 501(c)(3) Organizations Only

All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.

Check if the organization used Schedule O to respond to any question in this Part VI . . . . . . . . . . ☐

|  |  | Yes | No |
|---|---|---|---|
| **47** | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II . . . . . . . . . . . . . . **47** |  | ✓ |
| **48** | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E . . . . **48** |  | ✓ |
| **49a** | Did the organization make any transfers to an exempt non-charitable related organization? . . . . . . **49a** |  | ✓ |
| **b** | If "Yes," was the related organization a section 527 organization? . . . . . . . . . . . **49b** |  |  |

**50** Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 from the organization  If there is none, enter "None."

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| NONE |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**f** Total number of other employees paid over $100,000 . . . . ▶ —

**51** Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**d** Total number of other independent contractors each receiving over $100,000 . . ▶ ⌐

**52** Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . . ▶ ☑ **Yes**  ☐ **No**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| **Sign Here** | Richard A. Posner by Charlene H. Posner POA | 7-15-19 |
|---|---|---|
|  | Signature of officer | Date |
|  | RICHARD A. POSNER, Chairman of the Board | |
|  | Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
|  | Firm's name ▶ |  |  | Firm's EIN ▶ | |
|  | Firm's address ▶ |  |  | Phone no | |

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . . . ▶ ☐ Yes  ☐ No

Form **990-EZ** (2018)

| **SCHEDULE A**<br>**(Form 990 or 990-EZ)**<br><br>Department of the Treasury<br>Internal Revenue Service | **Public Charity Status and Public Support**<br><br>Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.<br>▶ Attach to Form 990 or Form 990-EZ.<br>▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No 1545-0047<br><br>**2019**<br><br>**Open to Public<br>Inspection** |
|---|---|---|

| **Name of the organization** | **Employer identification number** |
|---|---|

**Part I**   **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____

10 ☐ An organization that normally receives: (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f   Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . ☐

g   Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| **(A)** | | | | | | |
| **(B)** | | | | | | |
| **(C)** | | | | | | |
| **(D)** | | | | | | |
| **(E)** | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.   Cat. No. 11285F   **Schedule A (Form 990 or 990-EZ) 2019**

Schedule A (Form 990 or 990-EZ) 2019

**Page 2**

| **Part II** | **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)** |

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . . . | | | | 20600 | 0 | 20600 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge . . . . | | | | | | |
| **4** **Total.** Add lines 1 through 3 . . . . | | | | 20600 | 0 | 20600 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . . . | | | | | | 20600 |
| **6** **Public support.** Subtract line 5 from line 4 | | | | | | 0 |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 . . . . . . . | | | | 20600 | 0 | 20600 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources . . . . . . . . | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on . . . . . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . . . . . . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 20600 |
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . | | | | **12** | | |
| **13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑ | | | | | | |

## Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **14** Public support percentage for 2019 (line 6, column (f) divided by line 11, column (f)) . . . . | **14** | | % |
| **15** Public support percentage from 2018 Schedule A, Part II, line 14 . . . . . . . . . . . . . . | **15** | | % |

**16a** **33¹/₃% support test—2019.** If the organization did not check the box on line 13, and line 14 is 33¹/₃% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . ▶ ☐

**b** **33¹/₃% support test—2018.** If the organization did not check a box on line 13 or 16a, and line 15 is 33¹/₃% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2019.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**SCHEDULE N**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Liquidation, Termination, Dissolution, or Significant Disposition of Assets

▶ Complete if the organization answered "Yes" on Form 990, Part IV, lines 31 or 32; or Form 990-EZ, line 36.
▶ Attach certified copies of any articles of dissolution, resolutions, or plans.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

## 2018

Open to Public Inspection

**Name of the organization**
The Posner Center of Justice for Pro Ses

**Employer identification number**
82-4814819

### Part I  Liquidation, Termination, or Dissolution. Complete this part if the organization answered "Yes" on Form 990, Part IV, line 31, or Form 990-EZ, line 36. Part I can be duplicated if additional space is needed.

| 1 | (a) Description of asset(s) distributed or transaction expenses paid | (b) Date of distribution | (c) Fair market value of asset(s) distributed or amount of transaction expense | (d) Method of determining FMV for asset(s) distributed or transaction expenses | (e) EIN of recipient | (f) Name and address of recipient | (g) IRC section of recipient(s) (if tax-exempt) or type of entity |
|---|---|---|---|---|---|---|---|
| | Donation to Illinois Legal Aid Online | 7/19/19 | $962.50 | Cash donation | 20-2917133 | Illinois Legal Aid Online, 120 S La Salle St Suite 900, Chicago IL 60603 | 501(c)(3) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 2 | Did or will any officer, director, trustee, or key employee of the organization: | | Yes | No |
|---|---|---|---|---|
| a | Become a director or trustee of a successor or transferee organization? | 2a | | ✓ |
| b | Become an employee of, or independent contractor for, a successor or transferee organization? | 2b | | ✓ |
| c | Become a direct or indirect owner of a successor or transferee organization? | 2c | | ✓ |
| d | Receive, or become entitled to, compensation or other similar payments as a result of the organization's liquidation, termination, or dissolution? | 2d | | ✓ |
| e | If the organization answered "Yes" to any of the questions on lines 2a through 2d, provide the name of the person involved and explain in Part III. ▶ | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or Form 990-EZ.          Cat. No. 50087Z          Schedule N (Form 990 or 990-EZ) 2018

Schedule N (Form 990 or 990-EZ) 2019

Page **2**

## Part I Liquidation, Termination, or Dissolution *(continued)*

Note: If the organization distributed all of its assets during the tax year, then Form 990, Part X, column (B), line 16 (Total assets), and line 26 (Total liabilities), should equal -0-.

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization distribute its assets in accordance with its governing instrument(s)? If "No," describe in Part III . . . . . | **3** | | ✓ |
| **4a** | Is the organization required to notify the attorney general or other appropriate state official of its intent to dissolve, liquidate, or terminate? . . . | **4a** | | ✓ |
| **b** | If "Yes," did the organization provide such notice? . . . . . . . . . . . . . . . . . . . . . . | **4b** | | ✓ |
| **5** | Did the organization discharge or pay all of its liabilities in accordance with state laws? . . . . . . . . . . . . | **5** | | ✓ |
| **6a** | Did the organization have any tax-exempt bonds outstanding during the year? . . . . . . . . . . . . . . . | **6a** | | ✓ |
| **b** | If "Yes" to line 6a, did the organization discharge or defease all of its tax-exempt bond liabilities during the tax year in accordance with the Internal Revenue Code and state laws? . . . | **6b** | | |
| **c** | If "Yes" on line 6b, describe in Part III how the organization defeased or otherwise settled these liabilities. If "No" on line 6b, explain in Part III. | | | |

## Part II Sale, Exchange, Disposition, or Other Transfer of More Than 25% of the Organization's Assets. Complete this part if the organization answered "Yes" on Form 990, Part IV, line 32, or Form 990-EZ, line 36. Part II can be duplicated if additional space is needed.

| (a) Description of asset(s) distributed or transaction expenses paid | (b) Date of distribution | (c) Fair market value of asset(s) distributed or amount of transaction expenses | (d) Method of determining FMV for asset(s) distributed or transaction expenses | (e) EIN of recipient | (f) Name and address of recipient | (g) IRC section of recipient(s) (if tax-exempt) or type of entity |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | Yes | No |
|---|---|---|---|
| **2** | Did or will any officer, director, trustee, or key employee of the organization: | | | |
| **a** | Become a director or trustee of a successor or transferee organization? . . . . . . . . . . . . . . . | **2a** | | ✓ |
| **b** | Become an employee of, or independent contractor for, a successor or transferee organization? . . . . . . . . | **2b** | | ✓ |
| **c** | Become a direct or indirect owner of a successor or transferee organization? . . . . . . . . . . . . . . | **2c** | | ✓ |
| **d** | Receive, or become entitled to, compensation or other similar payments as a result of the organization's significant disposition of assets? . . . | **2d** | | ✓ |
| **e** | If the organization answered "Yes" to any of the questions on lines 2a through 2d, provide the name of the person involved and explain in Part III . . ▶ | | | |

Schedule N (Form 990 or 990-EZ) 2019

Schedule N (Form 990 or 990-EZ) 2018                                                                                    Page **3**

| Part III | **Supplemental Information.** Provide the information required by Part I, lines 2e and 6c, and Part II, line 2e. Also complete this part to provide any additional information. |
|---|---|

| SCHEDULE O<br>(Form 990 or 990-EZ) | Supplemental Information to Form 990 or 990-EZ<br>Complete to provide information for responses to specific questions on<br>Form 990 or 990-EZ or to provide any additional information.<br>▶ Attach to Form 990 or 990-EZ.<br>▶ Go to www.irs.gov/Form990 for the latest information. | OMB No 1545-0047<br><br>2018<br>Open to Public<br>Inspection |
| --- | --- | --- |
| Department of the Treasury<br>Internal Revenue Service | | |

| Name of the organization | Employer identification number |
| --- | --- |
| The Posner Center of Justice for Pro Ses | 824814819 |

A settlement of $8,020.00 was paid to a former employee of the Center.

A grant of $862.50 was made to Illinois Legal Aid as part of the Center's dissolution process.

Schedule O (Form 990 or 990-EZ) (2018)                                                Page **2**

| Name of the organization | Employer identification number |
|---|---|
| The Posner Center of Justice for Pro Se's | 824814819 |