IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH,<br><br>                           Plaintiff,<br>v.<br><br>RICHARD A. POSNER,<br><br>                          Defendant. | Cause No. 22 Civ. 118<br><br>Judge Theresa L. Springmann<br>Magistrate Judge Joshua P. Kolar |

**JOINT STATUS REPORT**

Pursuant to the Court's July 1, 2022 order, Dkt. 20, the parties respectfully submit the following status report.

**A.      Discovery**

After meeting and conferring, the parties have agreed that all discovery, including third-party discovery, should be stayed pending the resolution of a motion to dismiss. Judge Posner agrees that if, after the resolution of a motion to dismiss, Mr. Vukadinovich serves any request for production on Judge Posner under Fed. R. Civ. P. 34, Judge Posner's response to that request, and any production of documents in compliance with that request, will include any documents within Mrs. Posner's possession, custody, or control. Judge Posner reserves the right to raise any other applicable objections to any request for production Mr. Vukadinovich may serve, including objections to discovery relating to Mrs. Posner.

The parties further acknowledge their obligation to preserve documents in their possession, custody, or control which are relevant to any party's claims or defenses.

B. **Motion To Dismiss**

Judge Posner filed a motion to dismiss Mr. Vukadinovich's complaint on July 11, 2022. Dkts. 21-22. In that motion, Judge Posner argued, among other points, that Mr. Vukadinovich's contract claim is barred by Indiana's statute of limitations for oral employment contracts. Dkt. 22 at 6-7; *see* Ind. Code § 34-11-2-1. Mr. Vukadinovich intends to amend his complaint as of right to add allegations in response to Judge Posner's motion, including Judge Posner's arguments about the statute of limitations. *See* Fed. R. Civ. P. 15(a)(1)(B). That amended complaint would moot Judge Posner's current motion at least in part. *Doe v. Purdue Univ.*, No. 17 Civ. 33, 2020 WL 1660044, at *1 (N.D. Ind. Mar. 31, 2020) (quotations omitted) (because, "[w]hen an amended complaint is filed, the prior pleading is withdrawn and the amended pleading is controlling," courts "routinely deny motions to dismiss as moot after an amended complaint is filed").

Accordingly, the parties agree that, once Mr. Vukadinovich files his amended complaint, Judge Posner will restate his motion to dismiss to address that amended complaint. The parties further agree that, in the event Mr. Vukadinovich amends his complaint on or before August 1, 2022, no response by Mr. Vukadinovich to Judge Posner's current motion to dismiss is necessary. The parties respectfully request that Mr. Vukadinovich's amended complaint and the parties' motion to dismiss briefing be filed on the following schedule:

- August 1, 2022:     Mr. Vukadinovich's amended complaint due
- August 22, 2022:    Judge Posner's restated motion to dismiss due
- September 12, 2022: Mr. Vukadinovich's opposition due
- September 26, 2022: Judge Posner's reply due

The parties respectfully request that the Court so-order this proposed schedule.  This is the first request by any party for an extension of time to file either Mr. Vukadinovich's amended complaint or briefing related to Judge Posner's motion to dismiss.

July 19, 2022

<table>
<tr>
<td>

/s/ Brian Vukadinovich  
Brian Vukadinovich, *pro se*  
1129 E. 1300 N.  
Wheatfield, IN 46392  
(219) 956 2462  
bvukadinovich@hotmail.com

</td>
<td>

/s/ Justin M. Ellis  
Steven F. Molo (*pro hac vice* forthcoming)  
Allison M. Gorsuch (admitted *pro hac vice*)  
MoloLamken LLP  
300 N. LaSalle Street  
Chicago, IL  60654  
(312) 450-6700  
smolo@mololamken.com  
agorsuch@mololamken.com  

Justin M. Ellis  
MoloLamken LLP  
430 Park Avenue  
New York, NY  10016  
(212) 607-8160  
jellis@mololamken.com  

David Beach  
Eichhorn & Eichhorn LLP  
2929 Carlson Dr., Suite 100  
Hammond, IN  46323  
(219) 931-0560  
dbeach@eichhorn-law.com  

*Attorneys for Hon. Richard A. Posner*

</td>
</tr>
</table>