RECEIPT NO. _____   (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Brian Vukadinovich

v.

Richard A. Posner

Cause No.: 2:22 CV 00118

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Richard A. Posner

Party(s) Represented

Prefix (check one): ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Molo   First Name: Steven   Middle Name/Initial: F.

Generation (Sr, Jr, etc):

Firm Name: MoloLamken

Street Address: 300 North La Salle Street   Suite/Room No.: 5350

City: Chicago   State: IL   Zip: 60654

Office Telephone No.: (312) 450-6700   Fax No.: (312) 450-6701

E-Mail Address: smolo@mololamken.com

**EDUCATION:**

College: University of Illinois   Degree: Communications   Year Completed: 1979

Law School: University of Illinois   Year Graduated: 1982

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 1982 | Active | 6184051 |
| New York | 2004 | Active | 4221743 |
|  |  |  |  |
|  |  |  |  |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| United States Supreme Court | 1986 | Active |
| U.S. District Court for the Northern District of Illinois | 1983 | Active |
| U.S. District Court for the Southern District of Illinois | 2018 | Active |
| U.S. District Court for the Eastern District of New York | 2004 | Active |
| U.S. District Court for the Southern District of Yorl | 2004 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Steven Francis Molo, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 07/19/2022

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 7/22/2022

/s/Joshua P. Kolar

Judge, U. S. District Court