RECEIPT NO. ☐ (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Brian Vukadinovich

v.

Richard A. Posner

Cause No. 2:22-cv-00118

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF**

Richard A. Posner

Party(s) Represented

Prefix (check one)  ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Notter   First Name: Kenneth   Middle Name/Initial: E.

Generation (Sr, Jr, etc): III

Firm Name: MoloLamken

Street Address: 300 North LaSalle Street   Suite/Room No.: 5350

City: Chicago   State: IL   Zip: 60654

Office Telephone No.: (312) 450-6700   Fax No.: (312) 450-6701

E-Mail Address: knotter@mololamken.com

**EDUCATION:**

College: American University   Degree: Bachelor of Arts   Year Completed: 2014

Law School: Harvard Law School   Year Graduated: 2018

Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2018 | Active | 6330215 |
| DC | 2020 | Active | 1708367 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. District Court for the District of Columbia | 2021 | Active |
| U.S. District Court for the Northern District of Illinois | 2022 | Active |
| U.S. Courts of Appeals for the 1st & 9th Circuits | 2022 | Active |
| U.S. Courts of Appeals for the 7th & Federal Circuits | 2021 | Active |
| U.S. Courts of Appeals for the 10th Circuit | 2018 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Kenneth E. Notter III, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: August 1, 2022

_/s/ Kenneth E. Notter III_
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:  8/2/2022

/s/Joshua P. Kolar
Judge, U. S. District Court