# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

BRIAN VUKADINOVICH,

            Plaintiff,

v.

RICHARD A. POSNER,

            Defendant.

Cause No. 22 Civ. 118

Judge Theresa L. Springmann
Magistrate Judge Joshua P. Kolar

## JUDGE POSNER'S MOTION TO DISMISS THE
## AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendant Hon. Richard A. Posner, by counsel, moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss the amended complaint for failure to state a claim upon which relief can be granted. In support of this Motion, Judge Posner has contemporaneously filed his brief in support of his Motion to Dismiss the Amended Complaint.

WHEREFORE, Judge Posner respectfully requests the Court grant the motion and dismiss Plaintiff's amended complaint for failure to state a claim upon which relief can be granted.

| | |
|---|---|
| Executed: August 22, 2022<br>Chicago, Illinois | /s/ Steven F. Molo<br>Steven F. Molo (admitted *pro hac vice*)<br>Kenneth E. Notter III (admitted *pro hac vice*)<br>MoloLamken LLP<br>300 N. LaSalle Street<br>Chicago, IL  60654<br>(312) 450-6700<br>smolo@mololamken.com<br>knotter@mololamken.com<br><br>Justin M. Ellis<br>MoloLamken LLP<br>430 Park Avenue<br>New York, NY  10022<br>(212) 607-8160<br>jellis@mololamken.com<br><br>David Beach<br>Eichhorn & Eichhorn LLP<br>2929 Carlson Drive, Suite 100<br>Hammond, IN  46323<br>dbeach@eichhorn-law.com<br><br>*Attorneys for Hon. Richard A. Posner* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2022, the foregoing was electronically filed with the Clerk of the Court via CM/ECF and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on *pro se* Plaintiff Brian Vukadinovich per his agreement to receive such papers via email.

/s/ Steven F. Molo
Steven F. Molo