**BRIAN VUKADINOVICH**
**1129 E. 1300 N.**
**WHEATFIELD, INDIANA 46392**
Tel. (219) 956-2462

October 14, 2022

Office of the Clerk
United States District Court
5400 Federal Plaza, Suite 2300
Hammond, Indiana 46320

      Re: Brian Vukadinovich v. Richard A. Posner
          Cause No. 2:22-CV-000118 TLS-JPK

Dear Clerk:

Please find enclosed my *Reply to Defendant's Response in Opposition to Plaintiff's Motion for Judicial Notice*. Kindly file and enter this pleading into the docket. Thank you for your attention to this matter.

Sincerely,

*/s/ Brian Vukadinovich*

Brian Vukadinovich
Pro Se

Enclosure