IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH,

                Plaintiff,

    v.

RICHARD A. POSNER,

                Defendant.

Cause No. 22 Civ. 118

Judge Theresa L. Springmann
Magistrate Judge Joshua P. Kolar

### JUDGE POSNER'S RESPONSE IN OPPOSITION TO MR. VUKADINOVICH'S SECOND MOTION FOR JUDICIAL NOTICE

Hon. Richard A. Posner respectfully responds as follows to Mr. Vukadinovich's Second "Motion for Judicial Notice," Dkt. 44 (Mot.).

Mr. Vukadinovich's second motion fails for the same reasons that his first motion fails. *See* Dkt. 42. His second motion is another improper surreply opposing Judge Posner's motion to dismiss. Mot. 2-3; *see* Dkt. 42 at 1. The fact that Mr. Vukadinovich wants the Court to take notice of – that his name is not on a list of officers, directors, and other key employees on the Posner Center's tax filings – is irrelevant to Judge Posner's motion, because Mr. Vukadinovich does not claim that he knew about, or relied on, those filings in agreeing to work for the Center. *See* Mot. 2; Dkt. 42 at 2. And the motion also fails because the purported "fraud" that Mr. Vukadinovich asks the Court to find using the tax filings ***is*** "subject to reasonable dispute," and thus ineligible for judicial notice. Fed. R. Evid. 201(b).[1] The Court should deny Mr. Vukadinovich's motion.

---

[1] Among other points, Mr. Vukadinovich has not alleged that he was an officer or director of the Center, and Mr. Vukadinovich stopped working for the Center before the 2019 tax return was filed.

Chicago, Illinois
February 22, 2023

    <u>/s/ Steven F. Molo</u>
Steven F. Molo (admitted *pro hac vice*)
Kenneth E. Notter III (admitted *pro hac vice*)
MoloLamken LLP
300 N. LaSalle Street
Chicago, IL  60654
(312) 450-6700
smolo@mololamken.com
knotter@mololamken.com

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY  10016
(212) 607-8160
jellis@mololamken.com

David Beach
Eichhorn & Eichhorn LLP
2929 Carlson Drive, Suite 100
Hammond, IN  46323
dbeach@eichhorn-law.com

*Attorneys for Hon. Richard A. Posner*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 22, 2023, the foregoing was electronically filed with the Clerk of the Court via CM/ECF and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on *pro se* Plaintiff Brian Vukadinovich per his agreement to receive such papers via email.

/s/ Steven F. Molo
Steven F. Molo