IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH, )
)
Plaintiff, )
)
v. ) CASE NO. 2:22-CV-0118-TLS
)
RICHARD A. POSNER, )
)
Defendant. )

**MOTION FOR AUDIT AND FREEZING OF DEFENDANT'S ASSETS**

Comes now the Plaintiff, Brian Vukadinovich, pro se, and requests this Court to conduct an audit and freezing of Defendant's assets. Plaintiff contemporaneously files a supporting memorandum of law with this motion. Plaintiff states as follows in support of his motion:

1. This is a breach of contract action against the Defendant for payment of services rendered.

2. Information has surfaced in this litigation demonstrating fraudulent arguments by Defendant and his lawyers and information has surfaced in this litigation demonstrating evidence of fraud upon the Internal Revenue Service (IRS) by Defendant and his wife, Charlene H. Posner, on his behalf as power of attorney.

3. Because of the fraud perpetrated by Defendant and his wife, Charlene H. Posner, on his behalf as power of attorney, there is a substantial concern of wrongful shielding of Defendant's assets in order to insulate Defendant from his debt to Plaintiff.

4. The Defendant filed a frivolous motion to dismiss this case on August 22, 2022 (Docket #33), which is well more than eight months ago and this Court has to date failed to rule on said motion.

5. Because of this Court's inordinate delay in ruling on said motion, Defendant has been prejudiced as Plaintiff has not been able to conduct discovery in this matter pending ruling on the motion.

6. Due to the fraud exhibited by Defendant and his wife, Charlene H. Posner, purportedly acting as his power of attorney, there is a substantial concern that Defendant's wife, if she has already not done so, will shield his assets to wrongfully insulate Defendant from paying his debt to Plaintiff.

7. Under the circumstances this Court should take steps to audit and freeze Defendant's assets in order to disallow any further fraud in particular with the wrongful shielding of Defendant's assets until such time that a jury has had an opportunity to consider the evidence in this case.

Wherefore, Plaintiff prays that the Court will grant his motion and conduct an audit of Defendant's assets and order Defendant's assets to be frozen until such time that a jury has had an opportunity to consider the evidence in this case.

Respectfully submitted,

*Brian Vukadinovich*
Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2023, the foregoing was sent to the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, via U.S. Postal Service and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on the Defendant's below listed counsel of record per agreement to receive such papers via email.

>Justin M. Ellis
>jellis@mololamken.com
>
>Steven F. Molo
>smolo@mololamken.com
>
>Kenneth Notter
>knotter@mololamken.com
>
>David Beach
>dbeach@eichhorn-law.com

*Brian Vukadinovich*
Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462