UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD A. POSNER,<br><br>　　　　Defendant. | CAUSE NO.: 2:22-CV-118-TLS-JPK |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Northern District of Indiana Local Rule 72-1(b), the Court REFERS the Defendant's Motion to Dismiss [ECF No. 33] to the Honorable Joshua P. Kolar, United States Magistrate Judge, for a Report and Recommendation. This referral is for any dispositive matters that may arise in the instant Motion to Dismiss [ECF No. 33], and it includes the three pending Motions for Judicial Notice [ECF Nos. 38, 40, 44] that relate to the Motion to Dismiss. Judge Kolar remains free to rule on any non-dispositive matter. The Court's review of the Report and Recommendation will be governed by 28 U.S.C. § 636(b)(1)(C).

　　SO ORDERED on May 10, 2023.

　　　　　　　　　　　　　　　　　　 s/ Theresa L. Springmann　　　　　
　　　　　　　　　　　　　　　　　JUDGE THERESA L. SPRINGMANN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT