UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH,
    Plaintiff,

v.    CAUSE NO.: 2:22-CV-118-TLS-JPK

RICHARD A. POSNER,
    Defendant.

**ORDER**

This matter is before the Court sua sponte. On April 25, 2023, the Court received an ex parte email correspondence from a non-party individual; the correspondence relates to this case. The email was sent to a general Court email address. The email is included with this Order as an attachment. The Local Rules for the Northern District of Indiana do not provide any guidance as to such communications. The Code of Conduct for United States Judges provides that a judge must not consider ex parte communications on the merits of a pending proceeding. Code of Conduct for United States Judges Canon 3A(4) (March 12, 2019). "The restriction on ex parte communications concerning a proceeding includes communications from lawyers, law teachers, and others who are not participants in the proceeding." Code of Conduct for United States Judges cmt. to Cannon 3A(4). If a judge receives such an ex parte communication, the judge should "promptly notify the parties of the subject matter of the communication and allow the parties an opportunity to respond, if requested." Code of Conduct for United States Judges Canon 3A(4).

Relying on this authority, the Court gives the parties up to and including May 26, 2023, to file a response, if any, to the ex parte communication.

SO ORDERED on May 11, 2023.

                              s/ Theresa L. Springmann
                              JUDGE THERESA L. SPRINGMANN
                              UNITED STATES DISTRICT COURT