# Rosa Shumylo

| | |
|---|---|
| **From:** | wmbillbond@aol.com |
| **Sent:** | Thursday, April 20, 2023 10:40 PM |
| **To:** | Springmann Chambers |
| **Subject:** | Re the Posner litigation, 22-cv-118-TLS at no. 47. |
| **Attachments:** | 47. Vuk motion for judge to rule.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**


**Re: 22-cv-118-TLS**


Dear Judge Springmann,


My name is Bill Bond. I was Dick Posner's only post-judicial client. And I was never involved with his pro se writing group, although I was very aware of it. Dick represented me in the Fourth Circuit over a complicated pro se issue about amended complaint rules. Several other high-profile lawyers were members of that team, and the appeal received a lot of press attention. I didn't learn of Dick's diagnosis until he informed me in August 2018 that he could not continue the matter to the Supreme Court. Anyway, David Boies picked up the case and carried us all to the Supreme Court, while keeping Dick and his co-counsel on brief.


Dick is my friend. We became close talking almost every day for a year. I consider his wife Charlene a friend. His sons too. If you were to Google any news story about Dick that quotes me you would find my feelings 100% positive toward my experience with him.


That said, the above filing in this case is the last straw for me and I can remain quiet no more. The plaintiff-lunatic has "no shame." And if axioms are to be in court filings--"No good deed goes unpunished"--like Dick wanting to help pro se's and then giving this man a voice he never had on his own. I am disgusted by the "purported illness" line (P. 2). The attacks against Charlene (throughout), FN 4, as if this person could make any reasonable judgment about Dick's legacy, while insulting it at the same time (P. 3), and the insult to Dick's lawyers (throughout). And the clear threats made to the Court and your Honor (P. 4-5.) IMO, the only "uproar" when this man loses will be from his own mouth to one sympathetic/ cut-throat reporter who he milked with confirmed news of Dick's illness, news that every single other person who knew Dick and knew this news kept to themselves.

1

have confidence in the Supreme Court: poll (msn.com). The public is even furthermore at a tipping point with the ongoing Clarence Thomas fiasco, and there most certainly will be a public uproar if this Court chooses to allow itself to be walked into the Defendant's subliminal invitation to afford favoritism to this Defendant because of this Defendant's former position as a federal court of appeals judge. For if any such favoritisms are afforded to Defendant Richard A. Posner because of his former position as a federal court of appeals judge, there is will be a consequential public uproar, that is a given.

Finally, to me, this case cries for sanctions. And the right sanction is to refer this matter to the U.S. Attorney for the Northern District of Indiana. The plaintiff here clearly sought to extort the Posner family with 'pay or I will make public Dick's medical condition.' And it is only because of a mistake by a lower-level lawyer handling Dick's estate that the information was mistakenly given to the plaintiff here. No matter. Once he got the information, he used it as a threat and then carried out his threat via Jenna Greene at Reuters. See https://www.reuters.com/legal/litigation/after-posner-retired-7th-circuit-grim-diagnosis-brewing-battle-2022-03-29/


I hope this email finds you and chamber's staff well.

Very truly and respectfully yours,

Bill

William C. Bond
The Carlyle, Apartment 4 L
500 West University Parkway
Baltimore, MD 21210
443.970.2887

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.