IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**◆FILED◆**

MAY 17 2023

At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

BRIAN VUKADINOVICH,  )
　　　　　　　　　　　　)
　　　　　Plaintiff,　　)
　　　　　　　　　　　　)
　　v.　　　　　　　　　)　　CASE NO. 2:22-CV-0118-TLS
　　　　　　　　　　　　)
RICHARD A. POSNER,　　)
　　　　　　　　　　　　)
　　　　　Defendant.　　)

## MOTION FOR DISQUALIFICATION AND
## RECUSAL OF JUDGE THERESA L. SPRINGMANN

Comes now the Plaintiff, Brian Vukadinovich, pro se, and moves for disqualification and recusal of Judge Theresa L. Springmann. Plaintiff contemporaneously files a supporting memorandum of law with this motion. Plaintiff states as follows in support of his motion:

1. The Defendant filed a motion to dismiss on August 22, 2022 (Docket #33) to which Plaintiff filed his response on September 12, 2022 (Docket #36). Well more than eight months has elapsed since the filing of the motion and this Court has to date failed to rule on said motion. The United States Court of Appeals for the Seventh Circuit in addressing a similar eight month delay in failing to rule on a dispositive motion determined that "There is no justification for such delay..." and further admonished that "The governing principles are clear,..." *Nelson, Jr. v. Streeter*, 16 F.3d 145 (7th Cir. 1994).

2. Plaintiff filed three motions for judicial notice in connection to Defendant's motion to dismiss, i.e., "Motion for Judicial Notice" filed on September 12, 2022 (Docket #38), "Motion for Judicial Notice" filed on September 30, 2022 (Docket #40) and Motion for Judicial Notice filed on February 17, 2023 (Docket #44), none of which motions have been ruled upon by this

Court.

3.   The aforementioned motions for judicial notice address issues of fraudulent arguments to this Court by Defendant and his lawyers, and fraud upon the IRS by Defendant and his wife, Charlene Posner, who has purported to be Defendant's power of attorney.

4.   Plaintiff filed a Motion for Audit and Freezing of Defendant's Assets (Docket #48) and Memorandum of Law in Support of Motion for Audit and Freezing of Defendant's Assets on May 8, 2023.  (Docket #49).  On May 10, 2023, Judge Theresa L. Springmann issued an order referring the Defendant's motion to dismiss and three motions for judicial notice by Plaintiff to Magistrate Joshua P. Kolar for report and recommendation, and also for any dispositive matters that may arise in the motion to dismiss.  (Docket #50).  The order by Judge Springmann did not explain why she sat on the motion to dismiss and motions for judicial notice for such an inordinate period of time —for well over eight months.

5.   Because of this Court's inordinate delay and failure to rule on said motion to dismiss and Plaintiff's motions for judicial notice, Plaintiff has been prejudiced as Plaintiff has not been able to conduct crucial discovery in this matter pending ruling on the motions.

6.   This Court's dilatory conduct of sitting on the motion to dismiss for well over eight months and this Court's dilatory conduct of sitting on Plaintiff's motions for judicial notice, of which motions address issues of Defendant's fraud upon this Court and fraud upon the IRS, and this Court's failure to timely rule on said motions during which time Plaintiff has consequently been prevented from conducting crucial discovery during this Court's dilatory conduct in sitting on the motions without taking any action on the motions, is violative of this Court's obligations under the canons of the Code of Judicial Conduct for United States Judges,

which are specifically addressed in Plaintiff's accompanying memorandum of law in support of his motion for disqualification and recusal of Judge Theresa L. Springmann.

7.   Because Judge Springmann's dilatory conduct demonstrates a bias against Plaintiff and favoritism toward the Defendant —who is a former federal court of appeals judge— as the Defendant has reminded this Court in the very first sentence of his memorandum in support of his motion to dismiss filed on August 22, 2022, (Docket #34), which has resulted in this Court effectively protecting the interests of the Defendant, and to which this Court has turned a blind eye to the fraud upon this Court by Defendant and his lawyers, and fraud upon the IRS by the Defendant and his power of attorney wife, Charlene Posner, Judge Theresa L. Springmann must be disqualified and recused from this case in accordance with the standards as set forth in the canons of the Code of Judicial Conduct for Judges of which violations are specifically enunciated in Plaintiff's supporting memorandum of law in support of this motion.

Wherefore, Plaintiff prays that the Court will grant his motion and render Judge Theresa L. Springmann as disqualified from conducting any further proceedings in this cause of action and for the recusal of Judge Theresa L. Springmann, and that the referral of this matter to Magistrate Joshua P. Kolar be vacated.

Respectfully submitted,

Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 15, 2023, the foregoing was sent to the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, via U.S. Postal Service and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on the Defendant's below listed counsel of record per agreement to receive such papers via email.

Justin M. Ellis
jellis@mololamken.com

Steven F. Molo
smolo@mololamken.com

Kenneth Notter
knotter@mololamken.com

David Beach
dbeach@eichhorn-law.com

Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462