IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH,           )
                              )
         Plaintiff,           )
                              )
    v.                        )   CASE NO. 2:22-CV-0118-TLS
                              )
RICHARD A. POSNER,            )
                              )
         Defendant.           )

**F-FILED-**
MAY 17 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### RESPONSE TO EX PARTE COMMUNICATION

Comes now the Plaintiff, Brian Vukadinovich, pro se, and pursuant to this Court's order of May 11, 2023, and submits his response to the *ex parte* communication made to this Court by William Bond signing the *ex parte* email as "Bill".

The person who sent the *ex parte* communication to the Court, William Bond, who professes in his *ex parte* email that he is a close "friend" of Defendant Posner and his wife, Charlene, and "His sons too", is a deranged societal misfit who changed his name after beating his grandfather to death with a hammer. According to an Opinion by the U.S. Court of Appeals for the Fourth Circuit, 317 F.3d 385 (4th Circuit 2003), in June 1981, when William Bond, who was formerly known as William Rovtar, pled guilty to beating his father to death with a hammer in his grandparents' garage in Bainbridge Township, Ohio. Bond v. Blum, 317 F.3d 385 | Casetext Search + Citator. The Opinion pointed out that he was arrested and detained in a juvenile detention facility in Ohio, and he entered into a guilty-plea agreement in juvenile court with the result that in September 1981 he was transferred to the Sheppard & Enoch Pratt Hospital in Baltimore, Maryland, for psychological treatment. According to the Opinion, he was released in 1982, and after his release, he legally changed his name to William Bond and in 1987 William

Bond began to write Self-Portrait of a Patricide: How I Got Away with Murder, "the true story of and by William Bond," which he hoped to market to publishers for profit. The manuscript describes in horrific detail how Bond planned and committed the murder of his father with a hammer, and how his dying father attempted to raise himself off the floor of the garage before Bond delivered the final blows to his neck and head. It describes Bond wiping away his fingerprints, scrubbing the garage floor, cleaning blood, flesh, and bone from his clothes, and stuffing his father's dead body in his car's trunk. The Opinion pointed out that "Most sinister of all, it depicts a remorseless individual who brags about fooling the police and the juvenile system to "get away scot-free" and even collecting, as planned, the money from his father's estate. According to the Opinion, "Bond circulated his manuscript directly and through agents in order to find a publisher, asking for a seven-figure advance. His efforts, however, were unsuccessful."

The Opinion pointed out that Bond met Alyson Slavin in early 1995, after Alyson was separated from her husband, William Slavin and they continued to see each other until they married in May 2001. In 1996, shortly after Bond and Alyson met, Bond wrote a lengthy letter to Alyson's father, Kenneth Blum, Sr., indicating that he intended to marry Alyson and become the stepfather of her children. The letter offered an analysis of individual members of Blum's family and purported to offer "solutions" to correct perceived deficiencies in the Blum-Slavin extended family. In addition, the letter set forth an expansive financial plan, pursuant to which Bond demanded from Blum a dowry, a salary, establishment of an investment account, purchase of a studio apartment in addition to a house, and a severance package should Bond's marriage

-2-

with Alyson not work out. Bond stated to Blum, "You can pay me now or pay me later." In this letter, Bond also made reference to his personal history, stating that he "had a past," and that, although it was "none of [Blum's] business," it makes "interesting reading."

Blum not only found this letter very disconcerting, considering it to be an attempt to extort money from him, but he also became concerned for the safety of Alyson and her children. In June 2000, just before the state custody action was commenced, Blum hired a private investigator, Dudley F.B. Hodgson, to look into Bond's background. At their first meeting, Blum gave Hodgson an overview of his dealings with Bond and expressed his concern over both the safety of his grandchildren and Bond's effort to "shake him down" for money. Blum gave Hodgson a copy of the letter that Bond had sent him and told Hodgson that he had heard that Bond may have had some problems with his family involving violence in Ohio.

In the course of his investigation, Hodgson learned about the murder of Bond's father and contacted the Bainbridge, Ohio police department, obtaining copies of the police report and other documents relating to the homicide investigation. Hodgson reported these findings to Blum, and at Blum's request, Hodgson went to the home of Miriam Pessin, the widow of Norman Pessin, believing that Bond had also tried to "shake Pessin down" for money before he died.

The Opinion stated "The undisputed facts show that the defendants introduced a copy of Bond's copyrighted manuscript into evidence in a state child-custody proceeding to prove that Bond's household would not be a suitable place for the children of Bond's wife. The work, written by Bond and circulated by him in an effort to publish it, describes how Bond, when 17, planned and committed the murder of his father with a hammer, fooled the police about his mental state, used the juvenile system to obtain merely a "slap on the wrist," and recovered the proceeds of his

-3-

father's estate, all without remorse. In the manuscript, he stated, "I wanted my father's money."

This deranged lunatic, William Bond, who murdered his father by bludgeoning him to death with a hammer, in referring to Plaintiff, states in his email to this Court that the Defendant gave "this man a voice he never had on his own". Apparently this murderous lunatic is too ignorant to realize that Plaintiff has had a voice "of his own" for a long period of time in which he has done guest appearances on numerous television, radio and podcast interviews, won a federal civil rights jury trial by representing himself pro se that received national attention, has been invited to speak to a prominent law school, and was invited to speak to a prominent university as to civil rights issues, written several op eds including in the Washington Examiner, has a website that has received well more than 117,000 views, and is the author of two books, *Motion for Justice: I Rest My Case* and *Rogues in Black Robes*. This societal misfit could only dream of having such a voice. In point of fact, it was because of Plaintiff's "voice" that the Defendant contacted him and asked him to come on board with him and work for him, but who reneged on the agreement and stiffed Plaintiff rather than paying him for the work he did for him which resulted in the lawsuit.

As for this murderous lunatic's reference to his case before the Fourth Circuit with purportedly "several high profile lawyers": HE LOST! As to the name dropping of David Boies who purportedly "picked up the case and carried us all the way to the Supreme Court, while keeping Dick and his co-counsel on brief.": HE LOST!

As for this murderous lunatic's ranting about information submitted into this litigation regarding Richard A. Posner and his wife, this deranged murderous lunatic, William Bond, is too ignorant to understand that information is necessarily submitted in order to prove valid claims in

-4-

a lawsuit, and it us up to juries to consider the evidence, and not for murderous degenerates to stupidly involve themselves in by writing impermissible *ex parte* communications to judges.

As for this murderous lunatic's rant as to what he ridiculously characterizes "to one sympathetic/cut-throat reporter", the reporter he rants about is a reporter for Reuters, a very highly respected world class news organization.

As for this murderous degenerate's rant that "it is only because of a mistake by a lower-level lawyer handling Dick's estate that the information was mistakenly given to the plaintiff here." and in turn given to "Jenna Greene at Reuters", the information was freely given by Defendant Posner's so called "lower-level lawyer", and as such, became evidence in the case which was properly submitted into the record without objection, something that the lunatic murderer William Bond apparently knows very little to nothing about.

This is not the first time that this murderous societal misfit lunatic, William Bond, has stupidly shown his obvious ignorance, he has previously shown his stupidity and ignorance to the ABA Journal in an article titled "Richard Posner's lawyer says the retired judge has Alzheimer's, didn't have capacity to contract" (March 30, 2022), when this societal misfit also communicated ignorant statements to that publication which the ABA Journal deleted upon learning that William Bond was a societal misfit who murdered his father by bludgeoning him to death with a hammer and after learning of the many other deranged things this societal misfit did as were enunciated in the aforementioned Opinion by the U.S. Court of Appeals for the Fourth Circuit, 317 F.3d 385 (4th Circuit 2003) of which Opinion detailed his many derangements.

Suffice it to say, William Bond is a murderous societal misfit who should hardly be calling others "lunatic" when he himself squarely fits the definition by virtue of bludgeoning his

father to death with a hammer, and then after changing his name writing a manuscript for a book about how he planned and committed the murder of his father with a hammer, and how his dying father attempted to raise himself off the floor of the garage before Bond delivered the final blows to his neck and head, and how Bond stuffed his father's dead body in his car's trunk after Bond wiped away his fingerprints, scrubbed the garage floor, and cleaned the blood, flesh, and bone from his clothes. And suffice it to say, sadly shaking down his prospective father-in-law for money after writing a letter to him and stating to him that "You can pay me now or pay me later" by making reference to what Bond characterized as "interesting reading" of his "past" in his unsuccessful shakedown attempt and his many other degenerate acts do not earn William Bond any citizen of the year awards.

Respectfully submitted,

*Brian Vukadinovich*

Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 15, 2023, the foregoing was sent to the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, via U.S. Postal Service and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on the Defendant's below listed counsel of record per agreement to receive such papers via email.

>Justin M. Ellis
>jellis@mololamken.com
>
>Steven F. Molo
>smolo@mololamken.com
>
>Kenneth Notter
>knotter@mololamken.com
>
>David Beach
>dbeach@eichhorn-law.com

>*/s/ Brian Vukadinovich*
>Brian Vukadinovich, Pro Se
>1129 E. 1300 N.
>Wheatfield, Indiana 46392
>Tel. 219-956-2462