# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH,<br>               Plaintiff,<br><br>v.<br><br>RICHARD A. POSNER,<br>               Defendant. | CAUSE NO.: 2:22-CV-118-TLS-JPK |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Disqualification and Recusal of Judge Theresa L. Springmann [ECF No. 52], filed on May 17, 2023, in which the Plaintiff seeks the recusal of the undersigned for the "dilatory conduct of sitting on the motion to dismiss for well over eight months" and because certain other related motions have not been resolved. Mot. 2, ECF No. 52. The Court observes that the Plaintiff filed his case May 5, 2022, and acknowledges that the Defendant Judge Posner's Motion to Dismiss the Amended Complaint for Failure to State a Claim [ECF No. 33] has been pending since August 22, 2022. The Court also notes that the COVID-19 pandemic created a serious general backlog in the court system, and the Court's practice is to consider motions in the order in which they are filed. To the extent there has been a delay, the Plaintiff has not argued such delay is isolated to his case such that it could raise a specter of bias or impartiality. Unfortunately, "delays are inherent in litigation." *Wereko v. Rosen*, No. 22 C 02177, 2022 WL 16573746, at *3 (N.D. Ill. Nov. 1, 2022) (denying motion for recusal that was brought, in part, because of the perceived lack of progress since the complaint was filed).

For the reasons stated above, the Court hereby DENIES the Plaintiff's Motion for Disqualification and Recusal of Judge Theresa L. Springmann [ECF No. 52].

SO ORDERED on May 19, 2023.

                                                  s/ Theresa L. Springmann  
                                                  JUDGE THERESA L. SPRINGMANN  
                                                  UNITED STATES DISTRICT COURT