**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

|  |  |
|---|---|
| BRIAN VUKADINOVICH,<br><br>                              Plaintiff,<br>          v.<br><br>RICHARD A. POSNER,<br><br>                         Defendant. | Cause No. 22 Civ. 118<br><br>Judge Theresa L. Springmann<br>Magistrate Judge Joshua P. Kolar |

**JUDGE POSNER'S RESPONSE TO EX PARTE COMMUNICATION**

At the Court's invitation, Dkt. 51, Hon. Richard A. Posner respectfully responds as follows to the ex parte communication the Court received on April 25.  Neither Judge Posner nor his counsel had any notice of the ex parte communication until the Court notified the parties.  Judge Posner takes no position on the communication and believes it is irrelevant to the pending motions.

Chicago, Illinois
May 23, 2023

/s/ Steven F. Molo

Steven F. Molo (admitted *pro hac vice*)
Kenneth E. Notter III (admitted *pro hac vice*)
MoloLamken LLP
300 N. LaSalle Street
Chicago, IL  60654
(312) 450-6700
smolo@mololamken.com
knotter@mololamken.com

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY  10016
(212) 607-8160
jellis@mololamken.com

David Beach
Eichhorn & Eichhorn LLP
2929 Carlson Drive, Suite 100
Hammond, IN  46323
dbeach@eichhorn-law.com

*Attorneys for Hon. Richard A. Posner*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 23, 2023, the foregoing was electronically filed with the Clerk of the Court via CM/ECF and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on *pro se* Plaintiff Brian Vukadinovich per his agreement to receive such papers via email.

/s/ Steven F. Molo
Steven F. Molo