**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

BRIAN VUKADINOVICH,

                    Plaintiff,

          v.                                    CAUSE NO.: 2:22-CV-118-TLS-JPK

RICHARD A. POSNER,

                    Defendant.

**ORDER**

This matter is before the Court following its May 11, 2023 Order [ECF No. 51] informing the parties of an ex parte communication the Court received and giving them an opportunity to respond. Both parties have responded [ECF Nos. 54, 57], and neither party requests that the Court consider the ex parte communication in this case or take any other action. The Court, accordingly, DISREGARDS the ex parte communication included in its May 11, 2023 Order.

SO ORDERED on May 30, 2023.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT