IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH, )
)
Plaintiff, )
)
v. ) CAUSE NO. 2:22-CV-0118-TLS-JPK
)
RICHARD A. POSNER, )
)
Defendant. )

-FILED-

JUL 28 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## MOTION TO STRIKE DEFENDANT'S INSUFFICIENT DEFENSE

Comes now the Plaintiff, Brian Vukadinovich, pro se, and pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, files this motion to strike insufficient defense contained within Defendant's Response to Plaintiff's Partial Objection to Magistrate Judge's Report and Recommendation. Plaintiff contemporaneously files a supporting brief pursuant to Local Rule 7-1 of the Local Rules of the United States District Court, Northern District of Indiana. Plaintiff states as follows in support of his motion:

1. This cause of action was filed on May 5, 2022 (Docket #1).

2. An amended complaint was filed on August 1, 2022 (Docket #30).

3. A motion to dismiss by Defendant was filed on August 22, 2022 (Docket #33).

4. The Honorable Theresa L. Springmann issued an order referring the motion to dismiss matter to the Honorable Magistrate Judge Joshua P. Kolar for a report and recommendation on May 10, 2023 (Docket #50).

5. Magistrate Judge Kolar issued his Report and Recommendation on June 21, 2023 (Docket #62).

6. Plaintiff does not have Pacer and does not file electronically or receive court orders electronically; the clerk of court mails paper copies to Plaintiff via United States Postal Service.

7. Plaintiff received a copy of the mailed Report and Recommendation on June 26, 2023.

8. Plaintiff's Objection to the Report and Recommendation was due to be filed by July 10, 2023. Defendant's assertion that Plaintiff's service of Objection was due by July 5 is totally incorrect.

9. Plaintiff sent his partial objection to the clerk of court for filing via First Class Mail on July 10, 2023, via United States Postal Service, a copy of which postal receipt showing the mailing date to be July 10, 2023, is attached hereto and made a part hereof as Plaintiff's Exhibit "1". Plaintiff's Objection bears a file stamped date of July 12, 2023 (Docket #67).

10. Plaintiff served a copy of the Objection that was sent for filing upon each of Defendant's counsel of record by email on July 10, 2023, pursuant to Fed. R. Civ. P. 5(b)(2)(E) per agreement between Plaintiff and Defendant's counsel of record to receive such papers via email, a copy of which email showing the sending date to each of Defendant's counsel of Record on July 10, 2023, is attached hereto and made a part hereof as Plaintiff's Exhibit "2".

11. The Defendant, at footnote 1 of his response (Docket 69, pages 1, 2) to Plaintiff's partial Objection to Report, blatantly mischaracterizes 28 U.S.C. §636(b)(1) in incorrectly arguing that Plaintiff's Objection was due fourteen days from the date of the

-2-

Magistrate Judge's June 21, 2023 Report on July 5, 2023. A complete reading of the statute demonstrates that the time period for filing of objection does not begin tolling "from the date of the Report", but begins to toll within fourteen days **"after being served with a copy."** 28 U.S.C. §636(b)(1)(C). [emphasis added]. Defendant likewise mischaracterizes Fed. R. Civ. P. 72(b)(2) in incorrectly arguing that Plaintiff's Objection was due fourteen days from the date of the June 21, 2023 Report on July 5, 2023, as Fed. R. Civ. P. 72(b)(2) echoes 28 U.S.C. §636(b)(1)(C) in making crystal clear that the time period for filing of objection does not begin tolling "from the date of the Report", but begins to toll within fourteen days **"after being served with a copy."** [emphasis added].

12. Because Plaintiff wasn't served with a copy of the mailed Report until June 26, 2023, the date for filing his Objections was **July 10, 2023**, which was fourteen days after being served with the Report. [emphasis added].

13. The Defendant's argument is flawed and is completely baseless and frivolous on its face in every way.

Wherefore, Plaintiff requests that the Court strike the frivolous arguments related to the timeliness issue of Plaintiff's filing of his Objection due to Defendant's complete mischaracterization of 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2). The Defendant's blatant mischaracterization of 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2) warrants a consideration by this Court for an imposition of an appropriate Rule 11 financial sanction against Defendant and his attorneys, and consideration for a sanction of entering judgment in Plaintiff's favor against Defendant for such blatant mischaracterization of the governing statute and rule of procedure.

Respectfully submitted,

*Brian Vukadinovich*

Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. (219) 956-2462



```
                     WHEATFIELD
                   497 S BIERMA ST
              WHEATFIELD, IN 46392-6005
                    (800)275-8777
07/10/2023                              03:37 PM
-------------------------------------------------
Product                  Qty    Unit      Price
                                Price
-------------------------------------------------
First-Class Mail®         1               $2.07
Large Envelope
    Hammond, IN 46320
    Weight: 0 lb 3.70 oz
    Estimated Delivery Date
        Wed 07/12/2023

-------------------------------------------------
Grand Total:                              $2.07

Credit Card Remit                         $2.07
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX4103
    Approval #: 79654Z
    Transaction #: 725
    AID: A0000000041010         Chip
    AL: Mastercard
    PIN: Not Required           Mastercard
-------------------------------------------------

              Preview your Mail
              Track your Packages
              Sign up for FREE @
        https://informeddelivery.usps.com

       All sales final on stamps and postage.
       Refunds for guaranteed services only.
            Thank you for your business.

           Tell us about your experience.
       Go to: https://postalexperience.com/Pos
       or scan this code with your mobile device,
```



```
               or call 1-800-410-7420.

-------------------------------------------------

UFN: 179416-0392
Receipt #: 840-54600836-2-2014062-2
Clerk: 05
```

PLAINTIFF'S EXHIBIT "1"

## Service of Filing of Plaintiff's Partial Objection to Magistrate Judge's Report and Recommendation, Vukadinovich v. Posner

Brian Vukadinovich
Mon 7/10/2023 4:43 PM
To:Ellis, Justin <JEllis@mololamken.com>
Cc:Molo, Steven <smolo@mololamken.com>;Notter, Kenneth <knotter@mololamken.com>;dbeach@eichhorn-law.com <dbeach@eichhorn-law.com>

📎 1 attachments (356 KB)
Plaintiff's Partial Objection to Magistrate Judge Kolar's Report and Recommendation.pdf;

Hello Justin,
Here is a copy of my partial objection to the magistrate judge's report and recommendation which I sent for filing today. Have a great rest of the week!
Brian

PLAINTIFF'S EXHIBIT "2"

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 26, 2023, the foregoing was sent to the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, via U.S. Postal Service and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on the Defendant's below listed counsel of record per agreement to receive such papers via email.

        Justin M. Ellis
        jellis@mololamken.com

        Steven F. Molo
        smolo@mololamken.com

        Kenneth Notter
        knotter@mololamken.com

        David Beach
        dbeach@eichhorn-law.com

*Brian Vukadinovich*

Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, IN 46392
Tel. (219) 956-2462