IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH, <br><br> Plaintiff, <br> v. <br> RICHARD A. POSNER, <br><br> Defendant. | Cause No. 22 Civ. 118 <br><br> Judge Theresa L. Springmann <br> Magistrate Judge Joshua P. Kolar |

## JOINT MOTION TO EXTEND DEADLINE TO HOLD RULE 26(f) CONFERENCE

The parties jointly move this Court for permission to hold the required Rule 26(f) conference on or before October 20.

1. On October 2, the Court set the Rule 16 preliminary pretrial conference for November 2 and ordered the parties to submit a proposed discovery plan by October 26. *See* Dkt. 75.

2. Under Fed. R. Civ. P. 26(f)(1), the parties are thus required to hold their Rule 26(f) conference "at least 21 days before" the November 2 conference, that is, by October 12.

3. The parties originally agreed to hold the Rule 26(f) conference on October 12.

4. Because of an unexpected health issue in Plaintiff's family, Plaintiff requested that the parties hold the Rule 26(f) conference during the week of October 16, which is beyond the October 12 deadline.

5. Defendant consents to Plaintiff's request to delay the Rule 26(f) conference.

6. The parties do not anticipate that delaying the Rule 26(f) conference will affect any other deadlines, and they still intend to submit the required Rule 26(f) report by the current October 26 deadline and to participate in the November 2 conference with the Court.

7.      If the Court would prefer to reschedule the November 2 conference, however, the parties are happy to accommodate the Court's preference.

*       *       *

For these reasons, the parties jointly request leave to hold their Rule 26(f) conference no later than October 20.

New York, New York
October 9, 2022

/s/ Brian Vukadinovich
Brian Vukadinovich, *pro se*
1129 E. 1300 N.
Wheatfield, IN 46392
(219) 956 2462
bvukadinovich@hotmail.com

/s/ Justin M. Ellis
Steven F. Molo (admitted *pro hac vice*)
Kenneth E. Notter III (admitted *pro hac vice*)
MoloLamken LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 450-6700
smolo@mololamken.com
knotter@mololamken.com

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10016
(212) 607-8160
jellis@mololamken.com

David Beach
Eichhorn & Eichhorn LLP
2929 Carlson Drive, Suite 100
Hammond, IN 46323
dbeach@eichhorn-law.com

*Attorneys for Hon. Richard A. Posner*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 9, 2022, the foregoing was electronically filed with the Clerk of the Court via CM/ECF and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on *pro se* Plaintiff Brian Vukadinovich per his agreement to receive such papers via email.

/s/ Justin M. Ellis
Justin M. Ellis