UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| *Brian Vukadinovich*, | |
| Plaintiff, | |
| v. | CAUSE NO.: 2:22-CV-118-TLS-JPK |
| *Richard A. Posner*, | |
| Defendant. | |

**ORDER**

This matter is before the Court sua sponte. On December 29, 2023, the Court was copied on an ex parte email correspondence relating to this case from a non-party individual. This is the fourth email sent by the non-party individual in question to the general Court email address for either or both the district judge and magistrate judge presiding over the case. The fourth email is included with this Order as an attachment.

The Local Rules for the Northern District of Indiana do not provide any guidance as to such communications. The Code of Conduct for United States Judges provides that a judge must not consider ex parte communications on the merits of a pending proceeding. Code of Conduct for United States Judges Canon 3A(4) (March 12, 2019). "The restriction on ex parte communications concerning a proceeding includes communications from lawyers, law teachers, and others who are not participants in the proceeding." Code of Conduct for United States Judges cmt. to Cannon 3A(4). If a judge receives such an ex parte communication, the judge should "promptly notify the parties of the subject matter of the communication and allow the parties an opportunity to respond, if requested." Code of Conduct for United States Judges Canon 3A(4).

Relying on this authority, the Court gives the parties up to and including **January 12, 2024**, to file a response, if any, to the ex parte communication.

SO ORDERED this 3rd day of January, 2024.

s/ Joshua P. Kolar  
MAGISTRATE JUDGE JOSHUA P. KOLAR  
UNITED STATES DISTRICT COURT

cc: Plaintiff, *pro se*

| | |
|---|---|
| From: | wmbillbond@aol.com |
| To: | Springmann Chambers; Kolar Chambers |
| Subject: | Posner case exhibits A & A-1 at docket no. 90. |
| Date: | Saturday, December 30, 2023 10:12:23 AM |
| Attachments: | Embeddeda567f53fd57a489ab58d835e80e778fb.png |

**CAUTION - EXTERNAL:**

Dear Judge Springmann & Judge Kolar,

Please immediately put on the public docket the two (2) exhibits produced by plaintiff at the hearing on December 14, 2023; or explain to the public why the exhibits require sealing?

| 12/14/2023 | 90 | RULE 16 PRELIMINARY PRETRIAL CONFERENCE held on 12/14/2023, before Magistrate Judge Joshua P Kolar. Pla appeared pro se. Dft appeared by attys David Beach, Kenneth Notter, Justin Ellis. The Report filed as DE 89 is ADOPTED as follows: Initial Disclosures to be exchanged by 12/21/2023. The parties are excused from compliance with the discovery filing requirement of Local Rule 26−2(a)(2)(A) unless directed otherwise by order of the Court. The Court accepts Pltf's submission of Exhibits A and A−1 (copies of email(s)) on the issue of bifurcation. Parties are to file |

Thank you,

Bill

William C. Bond
The Carlyle, Apartment 4 L
500 West University Parkway
Baltimore, MD 21210
443.970.2887

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.