IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH,

                Plaintiff,

v.

RICHARD A. POSNER,

                Defendant.

Cause No. 22 Civ. 118

Judge Theresa L. Springmann
Magistrate Judge Joshua P. Kolar

**INDEX OF EXHIBITS TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

1. Exhibit A to the Ellis Declaration is a document preservation letter dated April 6, 2022 from Plaintiff to Defendant's wife.

2. Exhibit B to the Ellis Declaration is an email from counsel for Defendant to Plaintiff dated December 22, 2023.

3. Exhibit C to the Ellis Declaration is a collection of posts on X Corp. (formerly, Twitter) in which Plaintiff accuses counsel for Defendant of "felony perjury."

4. Exhibit D to the Ellis Declaration is an email from Defendant to Joyce Hutchens dated May 15, 2018.

5. Exhibit E to the Ellis Declaration is an email from Selvyn Seidel to Joyce Hutchens dated September 14, 2018.

6. Exhibit F to the Ellis Declaration is an email from Jonathan Zell to Selvyn Seidel dated October 1, 2018.

7. Exhibit G to the Ellis Declaration is Form 990-EZ 2019 Short Form Return of The Posner Center of Justice for Pro Se's.

8. Exhibit A to the Doran Declaration is a list of emails from Plaintiff to Defendant's

Gmail Account, and from Defendant's Gmail Account to Plaintiff.