IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH,<br><br>                              Plaintiff,<br>v.<br><br>RICHARD A. POSNER,<br><br>                              Defendant. | Cause No. 22 Civ. 118<br><br>Judge Theresa L. Springmann<br>Magistrate Judge Joshua P. Kolar |

**DECLARATION OF JUSTIN M. ELLIS IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

JUSTIN M. ELLIS declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the bar of the State of New York. I am a partner of MoloLamken LLP, counsel for Defendant Richard A. Posner in this case. I submit this Declaration in support of Defendant's Response in Opposition to Plaintiff's Motion for Sanctions.

2. Defendant moved to a senior living facility by June 2021. Defendant's wife holds power of attorney for Defendant and has been supervising this litigation on Defendant's behalf.

3. Before serving and filing his complaint, Plaintiff sent Defendant's wife, Charlene Posner, a document preservation notice in April 2022. A copy of that notice is attached as Exhibit A.

4. In a May 2022 order, Dkt. 8, the Court directed the parties in this litigation to take all necessary steps to preserve all electronic and other material of potential relevance to the pending case. Upon receiving notice of that order, I promptly informed Mrs. Posner of the order.

5. To my knowledge, Mrs. Posner has complied and continues to comply with all document preservation requirements.

6. As I stated in prior declarations (Dkts. 86-1, 108-1), on October 5, 2023, MoloLamken personnel under my direction employed a tool configured to collect all available data contained in Defendant's former Gmail account, rposner62@gmail.com ("the Gmail account"), as of that date.

7. As I stated in a prior declaration (Dkt. 108-1 ¶ 10), counsel for Defendant received documents from a third party, Sakina Carbide, that appear to show that Plaintiff may have sent emails to Defendant after May 2019. In addition, at a December 14 Rule 16 conference, Plaintiff produced what he claims is an email from Plaintiff to Defendant in November 2020. As of the date of this declaration, we have not yet confirmed whether any of these post-May 2019 emails are authentic. We are not yet aware of any other emails from Plaintiff to Defendant besides the emails provided by Ms. Carbide and the purported November 2020 email.

8. As I stated in a prior declaration (Dkt. 108-1 ¶¶ 6-8), I have repeatedly asked Plaintiff to produce the purported November 2020 email in electronic form. Plaintiff has so far refused. I have also repeatedly requested that Plaintiff agree to produce Electronically Stored Information (ESI) himself in electronic form. Plaintiff has repeatedly refused those requests. I have also asked Plaintiff to agree to the appointment of a special master in this case to collect and produce Plaintiff's ESI. Plaintiff has refused to agree to a process for doing so.

9. Attached to this declaration as Exhibit B is a true and accurate copy of an email that I sent to Plaintiff on December 22, 2023.

10. On December 29, 2023, I served Plaintiff with a Rule 11 letter informing him of his sanctionable conduct in this case, including the filing of his motion for sanctions. The December 29 Rule 11 letter requested that Plaintiff withdraw (among other filings) his sanctions motion and informed Plaintiff of the procedural requirements of Rule 11(c)(2).

11. After I served the first Rule 11 letter, Plaintiff has posted hundreds of times on social media about this case. Attached as Exhibit C to this Declaration are true and accurate copies of selected posts on X (formerly, Twitter) in which Plaintiff accuses me of "felony perjury."

12. Attached to this declaration as Exhibit D is a true and accurate copy of an email dated May 15, 2018 from Defendant to Joyce Hutchens.

13. Attached to this declaration as Exhibit E is a true and accurate copy of an email from Selvyn Seidel to Joyce Hutchens dated September 14, 2018.

14. Attached to this declaration as Exhibit F is a true and accurate copy of an email from Jonathan Zell to Selvyn Seidel dated October 1, 2018.

15. Attached to this declaration as Exhibit G is a true and accurate copy of the Form 990-EZ 2019 Short Form Return of The Posner Center of Justice for Pro Se's.

I declare under penalty of perjury that the foregoing is true and correct.

January 23, 2024  
New York, New York

/s/ Justin M. Ellis  
Justin M. Ellis