# Exhibit D

**From:** Richard Posner <rposner62@gmail.com>
**Sent:** Tue, 15 May 2018 21:54:40 -0500
**To:** Joyce Hutchens <joyce.hutchens@att.net>
**Subject:** Re: your role in my company

Joyce, one thing I don't think we've discussed is salary. You will be put
on the university payroll as Theresa was, probably in mid-June, but if
you'd like to start work earlier, albeit without a salary (like me--I
receive no income whatsoever from my company), that would be fine too. Up
to you!

Dick
On Sun, Apr 22, 2018 at 8:16 AM Richard Posner <rposner62@gmail.com> wrote:

> Sorry to take so long to reply, Joyce; very busy weekend for me.

> I like your idea of "incorporating the Chief Researcher's position
> with a role of perhaps director of administration and legal
> education." I will be glad to appoint you to those positions and I
> will inform the company of it tomorrow.

> I am delighted to have you on board! You'll be a major asset to the
> company, and major benefit to the pro se's.

> Dick

> On Fri, Apr 20, 2018 at 12:27 PM, Joyce Hutchens <joyce.hutchens@att.net>
wrote:
> > Good Day, My friend Dick: (Still very, very hard calling you that)
> >
> > I also enjoyed the lunch on Wednesday and meeting you and Theresa made
my
> > day.  (I love her).  I am so very excited about joining your firm as
well as
> > working at the university and would love to do both.  I also am excited
> > about meeting Brian.  I had no idea you had an office at 227 West
Monroe, a
> > building at which I've worked numerous time--particularly as a temporary
> > legal consultant for McDermott, Will and Emery when former Illinois
Attorney
> > General, Neil Hartigan, served as an attorney there.
> >
> > I love the idea of incorporating the Chief Researcher's position with a
role
> > of perhaps director of administration and legal education, the latter of
> > which I teach pro se's how to maneuver throughout the courtroom.  In
that
> > regard, I can provide them a copy of my book.  Just something to think
> > about.
> >
> > Please let me know a good time to give you a call today or over the
weekend.
> > I am enormously excited about my future partnership with you, your firm
and

```
>> U of C Law School
>>
>> Joyce
>>
>>
>> _____
>> From: Richard Posner <rposner62@gmail.com>
>> To: Joyce Hutchens <joyce.hutchens@att.net>
>> Sent: Thursday, April 19, 2018 9:17 PM
>> Subject: your role in my company
>>
>> Joyce, I very much enjoyed our lunch yesterday; you are a most amazing
>> font of knowledge across an extraordinary range. Now the question is
>> how best for you to utilize it for my firm. That's for you to decide,
>> but I can offer some hints. One would be to be the company's office
>> manager, with an office in the law school but also in 227 West Monroe,
>> downtown, where we have abundant and rather elegant office space. You
>> might expand the job to include Theresa's (she'll be leaving in May),
>> which involves among other things supervision of a research staff
>> usually of 7 second and third year law students. You might also, in
>> light of your considerable litigation experience, help pro se's either
>> to obtain counsel or, usually better, learn to be their own courtroom
>> lawyers.
>>
>> There are doubtless other good possibilities as well, and we should
>> discuss them, initially perhaps over the phone. My number is 773 955
>> 1351. I think also it would be useful for you to meet one of the
>> outstanding members of my company--like you a pro se who won a big
>> case--Brian Vukadinovich. He lives in Indiana but visits Chicago
>> pretty frequently; it's a short train ride.
>>
>> Looking forward to hearing from you soon, I am your friend Dick Posner
>> (773 955 1351).
>>
>>
```