# Exhibit E

**From:** Selvyn Seidel <sseidel@fulbrookmanagement.com>
**Sent:** Fri, 14 Sep 2018 21:43:05 +0000
**To:** Joyce Hutchens
**CC:** Richard Posner; Jonathan Zell
**Subject:** Re: prisoners

Joyce

I am floored by your e mail.

True, I have not had an opportunity to respond to you today because I have other pressing things I have to do and had no idea you were this demanding, and true also that information coming in about you have given me some questions about what you should receive and what you have been writing and doing, but nothing here deserves an e mail like yours, and threats that you are making (including doing on Monday, not only next business day but a Jewish sacred holiday).

I also do not react well to threats and bullying.

I therefore have to leave to you to do what you wish to do on your threats, and will not take the time to try and straighten out the distorted record you have left in your wake.

Selvyn

Selvyn Seidel, Chairman & CEO

**FULBROOK CAPITAL MANAGEMENT, LLC**

870 Fifth Avenue

New York, New York 10065

Office: (646) 780-0127 ext. 10

Mobile: (646) 620-8976

Fax: (646) 979-9558

Email: sseidel@fulbrookmanagement.com

Website: www.fulbrookmanagement.com


On Fri, Sep 14, 2018 at 5:01 PM, Joyce Hutchens <joyce.hutchens@att.net> wrote:

Since I did not receive from you my grossly past due salary as promised—again—as has been the case numerous times, and since you chose to ignore my emails over the past few days in which I requested my salary—again—which is how you conduct business, here are the options I will exercise going forward:

1. Inform each and every member of the Posner Center Board of Directors of my resignation and request immediate payment of the salary you owe me—and for which you assumed responsibility. In that regard, I will attach all necessary emails, including this one, and the two in which you expressly informed me that you do not wish to work with me further and suggested that I "feel free to look for another position" after I informed Dick Posner that I had not been paid in more than one month (at that time).

2. File a complaint against you with the New York Attorney Registration and Discipline Commission, accompanied by the above-referenced emails. I plan to do this no later than Monday.

1. File a complaint with the U.S. Labor Department and initiate litigation in the Cook County Circuit Court before the end of next week and include a complaint` of infliction of emotional distress. This can be corroborated by the Urgent Care Unit of the University of Illinois Hospital which is where I ended up after a series of asthma attacks on Tuesday morning of this week, following the outrageous emails I received throughout the weekend and also brought on by the stress of being unable to pay my rent and bills for two months because you have refused to pay me what I have earned—not a handout, but what I earned—and for which I have practically begged you, fruitlessly. Refusing to pay my salary for which I have worked is illegal, and if the Posner Center Board of Directors want to be responsible for assuming the cost of my litigation, my past due salary, and my hospital visit, so be it. They'll have that opportunity to do so very soon.

I've moved on to the next chapter in my life and I'd like to transition the enormous amount of the Posner Center's work I have in my possession on to someone else—professionally, as my time is done with the Center. However, I MUST be paid for the work I have performed. That is non-negotiable. I am single, self-supporting and support an elderly relative, and I do not and cannot afford to work for free, which essentially is what I have done. I simply want the money I have earned and which you agreed to pay me. And that is the entire $10,000.

Joyce

---

**From:** Selvyn Seidel <sseidel@fulbrookmanagement.com>
**To:** Joyce Hutchens <joyce.hutchens@att.net>
**Cc:** Richard Posner <rposner62@gmail.com>; Jonathan Zell <jrz8@caa.columbia.edu>
**Sent:** Sunday, September 9, 2018 11:43 PM
**Subject:** Re: prisoners

Joyce,

I just received this. I can only say I am shocked you should say a single critical thing about Judge Posner. He has spent his career as a brilliant shining light for so many in so many ways, he has become an icon.

(Did you that in case he saved you!!!)

Can we communicate about your situation? As to payments, I plan to pay you another $5,000 this coming week, and then $2,500 and another $2,500, as previously mentioned.

Selvyn

Selvyn Seidel, Chairman & CEO

**FULBROOK CAPITAL MANAGEMENT, LLC**

870 Fifth Avenue

New York, New York 10065

Office: (646) 780-0127 ext. 10

Mobile: (646) 620-8976

Fax: (646) 979-9558

Email: sseidel@fulbrookmanagement.com

Website: www.fulbrookmanagement.com

On Sun, Sep 9, 2018 at 11:29 PM, Joyce Hutchens <joyce.hutchens@att.net> wrote:

> Dick Posner:
>
> Today is Sunday, a day on which I do not have to work. However, I have worked this entire weekend for the Center, even when it meant taking time from my family and other things I must do. During the past 24 hours --and actually during the past week, you have insulted, offended, berated, threatened and harassed me for no reason with your nearly 20 epic emails which remain and will continue to remain in my possession. I'm not sure what your issue is with me and frankly I do not care. Effectively immediately, I resign from the Posner Center of Justice for Pro Se's and I DO NOT want to receive another email from you. I have NEVER been disrespected like this. Slavery ended more than 100 years ago, and I am not your slave. To ensure that you do not contact me, I am immediately blocking you from my emails--forever.
>
> I am the second Black woman that has exited your so-called "justice center" within the last 60 days in an unpleasant way. That doesn't look very good, sir--particularly for a so-called "justice" center and it says

plenty about your insensitivity or lack thereof. Perhaps you could use some diversity training. It is absolutely incomprehensible that you think I give a hoot about working for your center when I don't even get paid. Get over yourself. I DO NOT have to work for you. Finally getting you out of my life is one of the happiest days of my life--something I had planned to do this week anyway. I am not putting up with your BS another second.

It's no wonder the law school, the 7th Circuit and Lord knows who else doesn't want to be bothered with you. I will leave instructions with someone else on where I am leaving the work of yours I have in my possession AFTER I receive the salary I am owed. I will leave everything at 227 W. Monroe, along with my ID. In the meantime, do not bother me. Good riddance.

Joyce

**From:** Richard Posner <rposner62@gmail.com>
**To:** Joyce Hutchens <joyce.hutchens@att.net>; Jonathan R. Zell <JonathanZell@caa.columbia.edu >
**Sent:** Sunday, September 9, 2018 9:51 PM
**Subject:** Re: prisoners

I give you to tomorrow noon. If you do not respond fully tomorrow (Monday) to the questions I have put to you over the past few days, I will terminate you by the end of the day.

Dick

Dick Posner

On Sun, Sep 9, 2018 at 9:40 PM Richard Posner <rposner62@gmail.com> wrote:

> Joyce, I repeat for the nth time: you must respond to my inquiries; if you don't, you're out.

On Sun, Sep 9, 2018 at 5:56 PM Richard Posner <rposner62@gmail.com> wrote:

> Joyce, could you give me and Jonathan at least one example of a pro se you have helped since joining our company, what the help consisted of, and how much it assisted the pro se. I am frustrated by the fact that you have not told me what actual benefit you have bestowed on any other people on your intake chart. I am at a total loss to understand what if any benefit you have yet bestowed on our company, and frustrated by your lack of communication about the pro se's you serve. If you are not more forthcoming with me, I will have to recommend your dismissal.
>
> Dick Posner

On Sat, Sep 8, 2018 at 6:15 PM Richard Posner <rposner62@gmail.com> wrote:

> Joyce, I have read your intake form. How many of the prisoners on it have you gotten released from prison or given shorter prison terms? What are you concrete plans for assisting prisoners? Do you plan to try to assist nonprisoner pro se's?
>
> Dick Posner