IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH, )
)
Plaintiff, )
)
v. ) CASE NO. 2:22-CV-00118 TLS-JEM
)
RICHARD A. POSNER, )
)
Defendant. )

**MOTION FOR JUDICIAL NOTICE**

The Plaintiff, Brian Vukadinovich, pro se, requests that this Court take judicial notice of a specific statement contained within an email from Charlene Posner to Brian Vukadinovich dated May 8, 2022.

The Federal Rules of Evidence apply to this Court, Fed. R. Evid 1101(a), and they allow for judicial notice "at any stage of the proceeding." Fed. R. Evid. 201 (d). Federal Rule of Evidence 201)b)(2) permits judicial notice of a fact "that is not subject to reasonable dispute because…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." A court is required to take judicial notice "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).

The judicially noticeable statement that Plaintiff requests judicial notice of are the statements by Charlene Posner in the copy of the attached email dated May 8, 2022, **"I am willing to give you $10,000 for your trouble. I am really sorry that you were so misled."**

Under Federal Rule of Evidence 201, "the court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot

reasonably be questioned." Fed. R. Evid. 201. Courts may take judicial notice of undisputed matters of public records. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) including documents on file in federal or state courts. *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n. 2 (9th Cir. 2002). Documents not attached to a complaint may be considered if no party questions their authenticity and the complaint relies on those documents. *Lee*, 250 F.3d at 688.

Wherefore, for the foregoing reasons and authorities Plaintiff respectfully requests that this Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the statements presented in this motion.

Respectfully submitted,

*/s/ Brian Vukadinovich*

Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462

**w/r to your letter**

Charlene Posner <cposner62@gmail.com>
Sun 5/8/2022 6:52 PM
To: Brian Vukadinovich <bvukadinovich@hotmail.com>

Dear Brian,

Thank you for your prompt and thoughtful response to my letter to you. I am very sorry that you have found yourself in this unpleasant situation. I have been in charge of all our financial dealings almost from the beginning of our 60-year marriage. Dick almost never wrote a check himself and on the rare occasion he wanted to he asked me for the check and told me what it was for. He did not mention any personal obligation to you.

During the time you say you entered into a contract with Dick his primary care physician discerned his mental condition and referred us to the University of Chicago Neurology Department, and you are aware of their conclusion.

I am willing to give you $10,000 for your trouble. I am really sorry that you were so misled. I had to break a lease for office space with the Hyde Park Bank building and disengage him from other things, as well as deal with his health issues. Not fun for me either.

With best regards,
 Charlene

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 5, 2024, the foregoing was sent to the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, via U.S. Postal Service and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on the Defendant's below listed counsel of record per agreement to receive such papers via email.

Justin M. Ellis
jellis@mololamken.com

Kenneth Notter
knotter@mololamken.com

Steven F. Molo
smolo@mololamken.com

David Beach
dbeach@eichhorn-law.com

*/s/ Brian Vukadinovich*
Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462