IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH, <br><br> Plaintiff, <br> v. <br><br> RICHARD A. POSNER, <br><br> Defendant. | Cause No. 22 Civ. 118 <br><br> Judge Theresa L. Springmann <br> Magistrate Judge John E. Martin |

## INDEX OF EXHIBITS TO DEFENDANT'S MOTION FOR SANCTIONS

1. Exhibit A to the Ellis declaration is a list of Plaintiff's pro se lawsuits known to Defendant's counsel.

2. Exhibit B to the Ellis declaration is a list of exemplary public statements Plaintiff has made about this case.

3. Exhibit C to the Ellis declaration is a list of Plaintiff's sworn statements that he did not know Defendant had Alzheimer's disease until at least February 2022 made in this case.

4. Exhibit D to the Ellis declaration is a list of Plaintiff's statements that he did not know Defendant had Alzheimer's disease until at least February 2022 made in this case in other filings.

5. Exhibit E to the Ellis declaration is a list of the personal attacks Plaintiff has made in this case.

6. Exhibit F to the Ellis declaration is a collection of exemplary posts on X Corp. (formerly, Twitter) in which Plaintiff accuses counsel for Defendant of "felony perjury."

7. Exhibit G to the Ellis declaration is a collection of exemplary posts on X in which Plaintiff attacks Judge Kolar.

8. Exhibit H to the Ellis declaration is a collection of exemplary posts on X in which Plaintiff publicizes his book titled Rogues in Black Robes or related interviews.

9. Exhibit I to the Ellis declaration is a collection of exemplary posts on X in which Plaintiff has insulted counsel for Defendant.

10. Exhibit J to the Ellis declaration is a collection of exemplary posts on X in which Plaintiff states that Defendant intends to call Seventh Circuit judges as witnesses.

11. Exhibit K to the Ellis declaration is the docket sheet in *Vukadinovich, Brian v. Bd School Trs.*, No. 02-2718 (7th Cir.).

12. Exhibit L to the Ellis declaration is an order dated January 8, 2003 in *Vukadinovich, Brian v. Bd School Trs.*, No. 02-2718 (7th Cir.).

13. Exhibit M to the Ellis declaration is the docket sheet in *Vukadinovich, Brian v. Bd. of Sch. Trs. of N. Newton Sch. Corp*, No. 02-4210 (7th Cir.).

14. Exhibit N to the Ellis declaration is the docket sheet in *Vukadinovich v. Bd. of Sch. Trs. of N. Newton Sch. Corp.*, No. 4:00-cv-0037 (N.D. Ind.).

15. Exhibit O to the Ellis declaration is an excerpt of Brian Vukadinovich, *Rogues in Black Robes: Destroying Lives and Committing Crimes with No True Accountability* (2023).

16. Exhibit P to the Ellis declaration is an email chain between Defendant and Plaintiff in which the most recent email is dated July 15, 2018.

17. Exhibit Q to the Ellis declaration is an email chain between Defendant and Plaintiff with the most recent email dated August 12, 2018.

18. Exhibit R to the Ellis declaration is an email between Defendant, Plaintiff, and a third party dated October 19, 2018.

19. Exhibit S to the Ellis declaration is an email between Sakina Carbide and Plaintiff

dated November 1, 2019.

20. Exhibit T to the Ellis declaration is an email chain between Sakina Carbide and Plaintiff with the most recent email dated March 30, 2020.

21. Exhibit U to the Ellis declaration is a copy of a paper document Plaintiff submitted at the December 14, 2023 Rule 16 conference that Plaintiff purports is an email dated November 11, 2020.

22. Exhibit V to the Ellis declaration is an email from Defendant to a third party dated March 22, 2018.

23. Exhibit W to the Ellis declaration is an attachment to the March 22, 2018 email.

24. Exhibit X to the Ellis declaration is an email from a third party to several third parties and Defendant dated March 23, 2018.

25. Exhibit Y to the Ellis declaration is an attachment to the March 23, 2018 email.

26. Exhibit Z to the Ellis declaration is an email counsel for Defendant sent to Plaintiff on December 22, 2023.

27. Exhibit AA to the Ellis declaration is an email counsel for Defendant sent to Plaintiff on December 29, 2023.

28. Exhibit BB to the Ellis declaration is a letter attached to the email counsel for Defendant sent to Plaintiff on December 29, 2023.

29. Exhibit CC to the Ellis declaration is an email chain between counsel for Defendant and Plaintiff with the most recent email dated January 4, 2024.

30. Exhibit DD to the Ellis declaration is a letter attached to the email dated January 3, 2024 that counsel for Defendant sent to Plaintiff.

31. Exhibit EE to the Ellis declaration is an email from Plaintiff to counsel for

Defendant dated January 22, 2024.

33. Exhibit FF to the Ellis declaration are Plaintiff's amended responses and objections to Defendant's first set of requests for admission.

33. Exhibit GG to the Ellis declaration are Plaintiff's amended responses and objections to Defendant's first set of interrogatories.

34. Exhibit HH to the Ellis declaration is an email from counsel for Defendant to Plaintiff dated December 19, 2023.

35. Exhibit II to the Ellis declaration is an email chain between Plaintiff and Defendant, with the most recent email dated March 27, 2018.

36. Exhibit A to the Carbide declaration is an email from Plaintiff to Sakina Carbide dated November 1, 2019.

37. Exhibit B to the Carbide declaration is an email chain between Sakina Carbide and Plaintiff dated March 30, 2020.