# Exhibit B

The following are exemplary public statements made by Plaintiff regarding this case:

1. Plaintiff has posted on X (formerly Twitter) several hundred times about this case. *See* Ellis Decl., Exs. F, G, H, I, J.

2. Plaintiff accused Defendant's counsel of felony perjury in at least 200 posts on X. Ellis Decl., Ex. F.

3. Plaintiff has taunted or otherwise criticized Defendant and his counsel in at least dozens of posts on X. Ellis Decl., Ex. I.

4. Plaintiff attacked Judge Kolar in at least 150 posts on X. Ellis Decl., Ex. G.

5. Plaintiff posted on X suggesting that Defendant intends to call Seventh Circuit judges as witnesses at least 100 times. Ellis Decl., Ex. J.

6. Plaintiff has given at least 12 interviews or statements to the press about Defendant or this case, including the following:

- Jenna Greene, "After Posner Retired from 7th Circuit, a Grim Diagnosis and a Brewing Battle," Reuters, https://www.reuters.com/legal/litigation/after-posner-retired-7th-circuit-grim-diagnosis-brewing-battle-2022-03-29/ (Mar. 29, 2022);

- Nate Raymond, "Former Judge Richard Posner Seeks Dismissal of $170,000 Wage Case," Reuters, https://www.reuters.com/legal/legalindustry/former-judge-richard-posner-seeks-dismissal-170000-wage-case-2022-07-12/ (July 12, 2022);

- *Brian Vukadinovich, Author Speaks Out On Judicial Reform And Judicial Bias And Self Representation*, YouTube https://www.youtube.com/watch?v=l135qjd76eo (April 1, 2023);

- *"Between the Covers" April 5, 2023 with authors Stephen Reger and Brian Vukadinovich*, YouTube https://www.youtube.com/watch?v=uDxyWqHQH08 (April 5, 2023);

- *Brian Vukadinovich: Breach Of Contract Case Against Richard Posner, Former Fed. Ct. of Appeals, 7th.*, YouTube https://www.youtube.com/watch?v=QOTIYwsk4b8 (May 24, 2023);

- Lauraann Wood, "Magistrate Judge Not Keen To Nix Wage Suit Against Posner," Law360, https://www.law360.com/articles/1691867/magistrate-judge-not-keen-to-nix-wage-suit-against-posner (June 22, 2023);

- Jacqueline Thomsen, "Court Says Former Judge Posner Should Face Some Claims in Wage Case," Reuters, https://www.reuters.com/legal/government/court-says-former-judge-posner-should-face-some-claims-wage-case-2023-06-22/ (June 22, 2023);

- *Brian Vukadinovich: The Secret Society, The Infected System Of The Judiciary And Judges On The Take*, YouTube https://www.youtube.com/watch?v=L_IPfWoP86Y (July 1, 2023);

- Rose Krebs, "Retired 7th Circ. Judge Posner Must Face $170K Wage Suit," Law360, https://www.law360.com/articles/1725581/retired-7th-circ-judge-posner-must-face-170k-wage-suit (Sept. 26, 2023);

- Nate Raymond, "Former Judge Richard Posner Loses Latest Bid to Dismiss Wage Lawsuit," Reuters, https://www.reuters.com/legal/litigation/former-judge-richard-posner-loses-latest-bid-dismiss-wage-lawsuit-2023-09-26/ (Sept. 26, 2023);

- *Brian Vukadinovich: No Where For Redress, There Should Be Grand Juries And Raised By These Wolves*, YouTube https://www.youtube.com/watch?v=m02YLWmFc6A (October 15, 2023); and

- *Mr. Posner, Please Pay Up, With Brian Vukadinovich*, YouTube https://www.youtube.com/watch?v=EYvJAyEQbTU (December 20, 2023).