IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH, )
)
Plaintiff, )
)
v. ) CAUSE NO. 2:22-CV-0118-TLS-JEM
)
RICHARD A. POSNER, )
)
Defendant. )

## MOTION FOR EVIDENTIARY HEARING

Comes now the Plaintiff, Brian Vukadinovich, pro se, and pursuant to Rule 78(a) of the Federal Rules of Civil Procedure, respectfully requests that this Court schedule an evidentiary hearing for examination under oath of Sakina Carbide, a nonparty witness who has submitted false information on an affidavit filed in this Court by Defendant. (Docket #131-90). Plaintiff contemporaneously files a supporting brief pursuant to Local Rule 7-1 of the Local Rules of the United States District Court, Northern District of Indiana. Plaintiff states as follows in support of his motion:

1. The Defendant filed a document styled as "Declaration of Sakina Carbide" on February 16, 2024. (Docket #131-9). The "Declaration" was filed as Exhibit A to Defendant's memorandum of law in support of his frivolous motion for sanctions against Plaintiff.

2. The "Declaration" by Sakina Carbide contains numerous lies of which lies are specifically addressed in Plaintiff's Memorandum of Law in Support of Motion for Evidentiary Hearing which has been contemporaneously filed with this motion.

3. The "Declaration of Sakina Carbide" was signed on December 31, 2023 just four days after Plaintiff filed a motion for sanctions for perjury on December 27, 2023, as to the crime of perjury committed by Defendant's attorney, Justin M. Ellis in this litigation. (Docket #94).

4. Sakina Carbide has previously been adjudicated as a noncredible attorney/litigant by the Circuit Court of Cook County, No. 10 D 1703, Honorable Robert W. Johnson, judge presiding of which incredible affidavit testimony of Sakina Carbide was scrutinized by the Illinois Court of Appeals In re Marriage of Nimisha R. Christian, Petitioner-Appellee, and Roosevelt Christian, Respondent-Appellee (Sakina Carbide, Appellant), No. 1-18-0418, wherein the Illinois Court of Appeals, in addressing Sakina Carbide's credibility as to her own affidavit wrote **'Carbide's reliance on her own affidavit, attesting to her own "interpretation of the evidence and memory as to what happened," is not well taken.'** https://casetext.com/case/in-re-marriage-of-christian-1.

5. In light of Sakina Carbide's history of providing incredible affidavit testimony in a state court proceeding in Illinois, and in light of her submission of false statements that have been provided to Defendant's attorneys and filed in this litigation in order to advance a retaliatory motion for sanctions against Plaintiff because Plaintiff filed a motion for sanctions for the crime of perjury against Defendant's attorney Justin M. Ellis, this Court should set an evidentiary hearing and require Sakina Carbide to appear and testify under oath as to the statements submitted on her "Declaration".

Wherefore, Plaintiff requests that the Court set an evidentiary hearing as to the statements contained within the "Declaration of Sakina Carbide" and require Sakina to

appear and testify under oath.

                                  Respectfully submitted,

                                  */s/ Brian Vukadinovich*

                                  Brian Vukadinovich, Pro Se
                                  1129 E. 1300 N.
                                  Wheatfield, Indiana 46392
                                  Tel. (219) 956-2462

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 6, 2024, the foregoing was sent to the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, via U.S. Postal Service and was also served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on the Defendant's below listed counsel of record per agreement to receive such papers via email.

Justin M. Ellis
jellis@mololamken.com

Steven F. Molo
smolo@mololamken.com

Kenneth Notter
knotter@mololamken.com

David Beach
dbeach@eichhorn-law.com

*/s/ Brian Vukadinovich*
Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, IN 46392
Tel. (219) 956-2462