IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRIAN VUKADINOVICH,

            Plaintiff,

v.

RICHARD A. POSNER,

           Defendant.

Cause No. 22 Civ. 118

Judge Theresa L. Springmann
Magistrate Judge John E. Martin

### DEFENDANT'S NOTICE REGARDING PLAINTIFF'S SPECIAL MASTER SELECTION

At the Court's direction, Dkt. 151 ¶ 5, Defendant provided Plaintiff with a list of three third-party electronic discovery vendors on March 18, 2024. On March 29, 2024, Plaintiff notified Defendant that Plaintiff selects Cimplifi as the special master.

New York, New York
April 1, 2024

            /s/ Justin M. Ellis
            Steven F. Molo (admitted *pro hac vice*)
            Kenneth E. Notter III (admitted *pro hac vice*)
            MoloLamken LLP
            300 N. LaSalle Street
            Chicago, IL  60654
            (312) 450-6700
            smolo@mololamken.com
            knotter@mololamken.com

            Justin M. Ellis
            MoloLamken LLP
            430 Park Avenue
            New York, NY  10022
            (212) 607-8160
            jellis@mololamken.com

David Beach
Eichhorn & Eichhorn LLP
2929 Carlson Drive, Suite 100
Hammond, IN  46323
dbeach@eichhorn-law.com

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 1, 2024, the foregoing was electronically filed with the Clerk of the Court via CM/ECF and was also served on *pro se* Plaintiff Brian Vukadinovich by Federal Express under Fed. R. Civ. P. 5(b)(2)(C).

/s/ Justin M. Ellis
Justin M. Ellis