UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH, </br>     Plaintiff, </br> </br>     v. </br> </br> RICHARD A. POSNER, </br>     Defendant. | ) </br> ) </br> ) </br> )    CAUSE NO.: 2:22-CV-118-TLS-JEM </br> ) </br> ) </br> ) |

**ORDER**

This matter is before the Court *sua sponte*. An email was received by the Court from Plaintiff Vukadinovich. The Court refuses to consider ex parte communications, so the Court **DIRECTS** the Clerk of Court to place a copy of the email and its attachment on the docket as part of the record of this case.

However, as has previously been explained, motions must be properly filed on the docket, any disputes should be brought to the Court's attention via motion, and no action will be taken on requests that are not properly brought before the Court as motions on the docket. N.D. Ind. L.R. 5-1.

Accordingly, the Court hereby **STRIKES** the letter and **CAUTIONS** Plaintiff that failure to comply with the Court's Rules and Orders may result in sanctions.

SO ORDERED this 23rd day of April, 2024.

                                        s/ John E. Martin
                                        MAGISTRATE JUDGE JOHN E. MARTIN
                                        UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Plaintiff, *pro se*