UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH, </br></br> Plaintiff, </br></br> v. </br></br> RICHARD A. POSNER, </br></br> Defendant. | CAUSE NO.: 2:22-CV-118-TLS-JEM |

**ORDER**

The matter is before the Court on the pro se Plaintiff's Motion for Sanctions for Perjury Committed by Defendant's Attorney Justin M. Ellis [ECF No. 94], which is now fully briefed and ripe for ruling. When filing a motion, "even pro se litigants must expect to file a legal argument and some supporting authority." *Mathis v. New York Life Ins. Co.*, 133 F.3d 546, 548 (7th Cir. 1998) (cleaned up). "A litigant who fails to press a point by supporting it with *pertinent authority*, or by showing why it is sound despite a lack of supporting authority . . . forfeits the point." *Id*. (emphasis added) (quoting *Pelfresne v. Village of Williams Bay*, 917 F.2d 1017, 1023 (7th Cir. 1990)). Courts need not do the research for a party, even for one proceeding pro se. *Id*. Although the Plaintiff quotes 18 U.S.C. § 1621, *see* Pl. Br. 4–5, § 1621 is a federal criminal statute that criminalizes perjury and does not create a private right of action, *see Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.*, 511 U.S. 164, 190 (1994) ("[The Supreme Court] [has] been quite reluctant to infer a private right of action from a criminal prohibition alone."); *Chapa v. Adams*, 168 F.3d 1036, 1038 (7th Cir. 1999) ("[V]ictims of crime . . . lack any legal right to compel a criminal prosecution."); *Fitzgerald v. Murray*, No. 1:21-CV-1822, 2022 WL 16786355, at *2 (S.D. Ind. Nov. 8, 2022) (concluding there is no private right of action for

1

perjury). And, the Plaintiff does not make a relevant legal argument, cite to any *pertinent* legal standard or authority, or otherwise show support for his request for sanctions.[1] Accordingly, the Court hereby DENIES the Plaintiff's motion [ECF No. 94].

SO ORDERED on May 7, 2024.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT

---

[1] To the extent that the Plaintiff references his arguments in other motions or disputes with the Defendant not related to the instant motion, the Court declines to address these as they are not relevant.