IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**-FILED-**

AUG 07 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

BRIAN VUKADINOVICH,                          )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )        CASE NO. 2:22-CV-0118-TLS-JEM
                                             )
                                             )
RICHARD A. POSNER,                           )
                                             )
                Defendant.                   )

**MOTION FOR DISQUALIFICATION AND**
**RECUSAL OF MAGISTRATE JUDGE JOHN E. MARTIN**

Comes now the Plaintiff, Brian Vukadinovich, pro se, and pursuant to 28 U.S. Code §

144 moves for the disqualification and recusal of Magistrate Judge John E. Martin. Plaintiff

contemporaneously files with this motion the required affidavit pursuant to 28 U.S. Code § 144

and a certificate stating that the affidavit is made in good faith, and also a memorandum of law in

support of this motion. Plaintiff states as follows in support of his motion:

1. This motion is necessarily brought for the disqualification and recusal of Magistrate

Judge John E. Martin who harbors a bias against Plaintiff and favoritism toward the Defendant.

2. Plaintiff's supporting memorandum of law chronicles the facts showing Magistrate

Judge John E. Martin's tainting of the proceedings through nefarious rulings and inappropriate

threats to Plaintiff in order to deprive Plaintiff of his entitled rights in this litigation in order to

protect the wrongful activities of the Defendant.

Wherefore, Plaintiff prays that the Court will grant his motion and render Magistrate

Judge John E. Martin as disqualified from conducting any further proceedings in this cause of

action and that Magistrate Judge John E. Martin recuse.

Respectfully submitted,

Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 7, 2024, the foregoing was filed with the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, in person, and served via email pursuant to Fed. R. Civ. P. 5(b)(2)(E) on the Defendant's below listed counsel of record per agreement to receive such papers via email.

> Justin M. Ellis
> jellis@mololamken.com
>
> Steven F. Molo
> smolo@mololamken.com
>
> Kenneth Notter
> knotter@mololamken.com
>
> David Beach
> dbeach@eichorn-law.com

And also served upon the chambers of the Honorable Holly A. Brady, Chief Judge of the United States District Court for the Northern District of Indiana at brady_chambers@innd.uscourts.gov.

Brian Vukadinovich, Pro Se
1129 E. 1300 N.
Wheatfield, Indiana 46392
Tel. 219-956-2462

-3-