# Exhibit 20

**From:** Brian Vukadinovich <motionforjustice@yahoo.com>
**Sent:** Sun, 15 Jul 2018 03:16:37 +0000
**To:** Richard Posner
**Subject:** Re: Fw: Posner center

And my best to my favorite colleague, you!

Brian

On Saturday, July 14, 2018 09:52:08 PM, Richard Posner <rposner62@gmail.com> wrote:

Brian, thanks so much about your kind note. I will keep you abreast of my brain disease. I have brain scans in two weeks which should give me a pretty good sense of my prognosis. So far I feel fine.

All the best to my favorite colleague--you!

Dick

On Sat, Jul 14, 2018 at 7:08 PM Brian Vukadinovich <motionforjustice@yahoo.com> wrote:

> Hi Dick,
>
> Thanks for having the trust in letting me know about your diagnosis of Alzheimer's. I will most certainly keep that in complete confidence in every respect. You never have to worry about me betraying your trust, I would never do that. I have my fingers crossed for an excellent upcoming diagnosis with your brain scans. Please know that if there is anything I could help you with in any way, personally or professionally, you can count on me my friend.
>
> Brian
>
> On Saturday, July 14, 2018 05:56:25 PM, Richard Posner <rposner62@gmail.com> wrote:
>
> P.S. I should have said your form, not you form.

RP0007025

I do want to keep you up to date (confidentially) on my health. I was diagnosed last fall with Alzheimer's disease, a brain disease that can be very serious and indeed fatal, but often isn't or becomes a long time to become serious or fatal. So far I feel fine but this may change between now and my 80th birthday in January. I will keep you posted.

Dick

On Sat, Jul 14, 2018 at 5:42 PM Richard Posner <rposner62@gmail.com> wrote:

> Your original intake form is fine, Brian--I see no need for a longer or more complicated form. I think you form should be the company's official form. I will see what I can do to make it the official form; suggestions most welcome.
>
> Dick
>
> On Sat, Jul 14, 2018 at 3:41 PM Brian Vukadinovich <motionforjustice@yahoo.com> wrote:
>
>> Hi Dick,
>>
>> Here is the original intake information form I created (which has since been inundated with unnecessary legalese) and consequently has become a much more complicated form than it needs to be. Because of all of the latest twists and turns that have been developing with the new actors I would like to limit my involvement and participation strictly to your wishes and directives and not have to have any involvement in particular with Joyce and Seidel if that is okay with you. I understand your health concerns and my prayers are with you that everything will come out very positive with your upcoming brain scans at the University of Chicago. I have my fingers crossed for you. If there is ever anything I could ever do for you to help you in any way don't ever hesitate to call on me. Have a great weekend, Dick!
>>
>> Brian
>>
>> On Saturday, July 14, 2018 11:56:28 AM, Richard Posner <rposner62@gmail.com> wrote:
>>
>> Thank you Brian for this gracious note, with which I entirely agree. Could you send me your original intake form? We can reinstate it. Zell, Seidel, and Hutchens appear to be spinning in outer space.

RP0007026

Dick

P.S. I would be reluctant to retire until and unless I encounter serious health problems, which I may, as I will be 80 on January 11 of the coming year. I am having brain scans at a University of Chicago medical center in a few weeks, which may reveal a lot about my future health prospects.

On Fri, Jul 13, 2018 at 10:48 PM Brian Vukadinovich <motionforjustice@yahoo.com> wrote:

> Hi Dick,
>
> The original intake form that I developed was easily understood and much less complicated. This intake form is a product of many changes from my original form that you and I thought was perfectly fine and adequate. It seems that whenever we put something in play that will actually work, all of a sudden lawyers analyze it and pick it apart and then it becomes a lawyer type document with unnecessary legalese instead of a people type document that people can relate to and work with. We seem to be getting too many chiefs and less Indians, and things that we are trying to do are becoming much more unnecessarily complicated. This changed intake form from what I original developed is an example. Actually, there are current discussions to change this intake form even more than it already has been changed. Pretty soon we will have fine print in it with all kinds of disclaimers. Seidel seems to be enamored with Joyce these days and it appears that they have created a union and desire to call the shots with others marching to their tune. I will stay on and help you as long as you would like me to while you are still involved, but when you retire, I will have no desire to stay on under their apparent domain. I respect you to the highest degree, and I will always do whatever I can to help you, but I have no desire to have any involvement with them after you retire. I am hopeful that you and I will remain friends forever.
>
> Brian
>
> On Friday, July 13, 2018 09:38:31 PM, Richard Posner <rposner62@gmail.com> wrote:
>
> Brian, I think this is too complex; it will flummox the typical pro se.
>
> Dick
>
> On Fri, Jul 13, 2018 at 3:38 PM Brian Vukadinovich <motionforjustice@yahoo.com> wrote:
>
>> On Friday, July 13, 2018 3:33 PM, Brian Vukadinovich < motionforjustice@yahoo.com>

wrote:

Hello Aaron,

This is an intake information form submitted by a pro se in Minnesota who is requesting some help from The Posner Center of Justice for Pro Se's. It appears to be a whistleblower type action against the Minnesota Department of Natural Resources. Could you be kind enough to consider helping Wayne? Thank you.

Brian Vukadinovich

On Friday, July 13, 2018 7:47 AM, Gomphus < Gomphus@protonmail.com> wrote:

Hi Brian,

My name is actually Wayne, and my employer was the state of Minnesota Department of Natural Resources. I'm not using my real name on forums, because it could lead to exposure and publicity that I definitely don't want, so try to remember me as joe on the forum (I think there is another Joe with a capital "J", while mine is lower case). At 58 I stand to lose what little employment opportunities I have left if word gets out that I'm suing the state of Minnesota, as they are the main employer for my skill set. I'm actually working for a different agency of the state now, and while its a crappy temp job with no benefits its the best I've been able to get in the 2.75 years since I was terminated (the SOL is 6 years). So I want to avoid this case becoming visible, if possible. The task ahead is ominously formidable as it is.

Its a complicated, difficult case, with a number of warts that the Defendant can initially sink their teeth into. Those warts scared attorneys away from doing it on contingency, despite the very strong elements. Namely, I have direct evidence of retaliation linked to/caused by my protected activity in reporting suspected violations. I was told so by the retaliators. My complaint is that they violated Minn. Stat. 181.932, the so-called "Whistleblower Act."

Anyway here is the attachment, It's lacking in much detail but you can look it over before I submit it to the Center. I'm just not keen on sending out a lot of detailed written information to anyone. I would need some coaxing or start to feel that I'm really going to get some help. I've sent written details to several attorneys and then never heard back from them, which has caused me to be very gun shy.

Thanks for taking the time to reply so quickly, and thanks in advance for any guidance or facilitation with the Posner Center you might be able to provide.

joe/Wayne

Sent with [ProtonMail](#) Secure Email.

------- Original Message -------

On July 12, 2018 12:39 AM, Brian Vukadinovich <motionforjustice@yahoo.com> wrote:

> Hi Joe,
>
> Yes, I am involved with the Posner Center for Justice for Pro Se's. The Center is currently working on getting its website up and running so people will be able to communicate on there. Here is an intake information form for you to complete and return to the Posner Center at the designated email address at the bottom. Send a copy to me as well if you would like and I will help facilitate it. What state are you in?
>
> Brian
>
> On Wednesday, July 11, 2018 11:41:35 PM, Gomphus <Gomphus@protonmail.com> wrote:
>
>> Hi Brian,
>>
>> I'm "joe" from Courtroom5. I was chatting with you recently in the comments on the Lefloris Lyon topic.
>>
>> I read that you are involved with the Posner Center of Justice for Pro Se's. I have tried to contact them several times, by phone and email. The website says they are open for

RP0007029

business, but I have not received any replies.  I'm just trying to find out if there's a chance of getting any sort of help as I pursue my employment litigation battle which will begin soon. Do you know anything about whats going on at the Center, and whether they're really "open for business" or not? Thanks

Sent with [ProtonMail](ProtonMail) Secure Email.

RP0007030