IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIAN VUKADINOVICH,<br><br>          Plaintiff,<br>     v.<br><br>RICHARD A. POSNER,<br><br>          Defendant. | Cause No. 22 Civ. 118<br><br>Judge Theresa L. Springmann<br>Magistrate Judge John E. Martin |

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR OBSTRUCTION DETERMINATION AND PRESERVATION OF EVIDENCE**

Plaintiff's motion seeking the "arrest and prosecution" of a third party, William Bond, appears to have been prompted by Mr. Bond's May 1 email to the Court, copying the parties. *See* Dkts. 288, 289 (motion). A copy of that email is attached as Exhibit A to the accompanying Ellis Declaration. The Court should disregard that email, as it has done with others previously filed in this case. *E.g.*, Dkt. 58 (doing so).

Plaintiff's motion should be denied as moot to the extent it seeks an "order for preservation of evidence." *See* Dkt. 288 at 5. As previously described, Defendant and his counsel are already preserving all potentially discoverable material in Defendant's possession, custody, and control, including materials in the possession of Defendant's wife. Dkt. 253-1 ¶3 (describing document preservation); Dkt. 117-2 ¶¶3-5 (same). Moreover, the Court has previously denied Plaintiff's similar requests to preserve evidence. Dkt. 269 at 2. The Court should do the same here.

New York, New York
May 12, 2025

    /s/ Justin M. Ellis
Steven F. Molo (admitted *pro hac vice*)
Kenneth E. Notter III (admitted *pro hac vice*)
MoloLamken LLP
300 N. LaSalle Street
Chicago, IL  60654
(312) 450-6700
smolo@mololamken.com
knotter@mololamken.com

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY  10022
(212) 607-8160
jellis@mololamken.com

David Beach
Eichhorn & Eichhorn LLP
2929 Carlson Drive, Suite 100
Hammond, IN  46323
dbeach@eichhorn-law.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 12, 2025, the foregoing and all accompanying documents were electronically filed with the Clerk of the Court via CM/ECF and served via email under Fed. R. Civ. P. 5(b)(2)(E) on pro se Plaintiff Brian Vukadinovich by email per his renewed agreement to receive such papers via email.

/s/ Justin M. Ellis
Justin M. Ellis