**From:** wmbillbond@aol.com <wmbillbond@aol.com>
**Sent:** Thursday, May 1, 2025 8:04 PM
**To:** Springmann Chambers <Springmann_Chambers@innd.uscourts.gov>
**Cc:** smolo_mololamken.com <smolo@mololamken.com>; jellis@mololamken.com; knotter@mololamken.com; dbeach@eichhorn-law.com; bvukadinovich@hotmail.com
**Subject:** Re: 22-cv-118.

**CAUTION - EXTERNAL:**

**Re: 22-cv-118-TLS**

Dear Judge Springmann,
Three years ago, the plaintiff began this abusive lawsuit with malice aforethought by publicizing to the national press privately disclosed medical records under the settlement privilege. The plaintiff did this act only after he made a clear extortion threat to the victim's family — pay my fabricated entitlement or else I will hurt the defendant. Then he did.
The Court knows there is no litigation exception to criminal acts like extortion under the cover of legal filing. Yet, even after Judge Posner demanded sanctions, the Court remained imperturbable to repeated extortion and rampant defamation. Were the Department of Justice to review sealed filings in this case that truth would be clear.
Judge Posner's motion for summary judgment was filed some six months ago at docket number 237. The defendant after 287 court filings has still never told the truth about when he first knew his claim was due — and he has lied to the Court many times over material facts. Normally that ends litigation.
This Court cannot wait any longer to tell the public the truth about what has happened here for three long years — a sad tale of extortion, elder abuse, and abuse of process.

Very truly and respectfully presented,
Bill

William C. Bond
The Carlyle, Apartment 4 L
500 West University Parkway
Baltimore, MD 21210
443.970.2887

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.