**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

BRIAN VUKADINOVICH,

      Plaintiff,

      v.

RICHARD A. POSNER,

      Defendant.

CAUSE NO.: 2:22-CV-118-TLS-JEM

**OPINION AND ORDER**

This matter is before the Court on pro se Plaintiff Brian Vukadinovich's Motion for Leave to File Motion for Relief from Judgment Pursuant to F.R.C.P. 60 [ECF No. 330], filed on April 23, 2026. Pursuant to Federal Rule of Civil Procedure 60(b), he requests leave to file a motion that "moves the Court for an order to vacate the previously entered summary judgment order in favor of the Defendant and for the setting of trial by jury pursuant to the Seventh Amendment to the United States Constitution." ECF No. 330-1, p. 1. However, on June 16, 2025, the Plaintiff filed a Notice of Appeal, notifying the Court that he was appealing "all issues from the final judgment order entered in this action on the 19th day of May 2025 whereby the District Court granted Defendant's motion for summary judgment." ECF No. 304. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Kusay v. United States*, 62 F.3d 192, 193 (7th Cir. 1995) (citations omitted); *see Wine & Canvas Dev., LLC v. Muylle*, 868 F.3d 534, 542 (7th Cir. 2017) ("As a general rule, once a notice of appeal is filed, jurisdiction lies in the appeals court and not in the district court." (citations omitted)). Here, the Plaintiff has filed a notice of

appeal, and the instant motion seeks leave to file a motion to vacate the summary judgment granted in favor of the Defendant, which is the aspect of the case involved in the appeal. Thus, the Court lacks the jurisdiction to decide the motion that the Plaintiff seeks leave to file.

Based on the foregoing, the Court hereby DENIES the Plaintiff's Motion for Leave to File Motion for Relief from Judgment Pursuant to F.R.C.P. 60 [ECF No. 330].

SO ORDERED on July 16, 2026.

 s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT